IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVILA, ET AL, | No. C 99-03941 SI |
| Plaintiff, | **ORDER** |
| v. | |
| WILLITS ENVIRONMENT, ET AL, | |
| Defendant. | |

IT IS HEREBY ORDERED that this case shall be referred to the Court's electronic filing program pursuant to General Order No. 45. The parties must continue to comply with the filing requirements as set forth in the General Order however, counsel is required to provide Judge Illston's chambers with a hard copy of any document that is electronically filed.

**IT IS SO ORDERED.**

Dated: 9/13/06

SUSAN ILLSTON
United States District Judge