WALTER J. LACK, State Bar No. 57550
MARK E. MILLARD, State Bar No. 175169
**ENGSTROM, LIPSCOMB & LACK**
A Professional Corporation
10100 Santa Monica Blvd., 16th Floor
Los Angeles, California 90067-4107
Telephone: (310) 552-3800

THOMAS V. GIRARDI, State Bar No. 36603
THOMAS JOHNSTON, State Bar No. 210506
**GIRARDI & KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211

EDWARD L. MASRY, State Bar No. 31016
NANCY SEIDLER EICHLER, State Bar No. 75017
**LAW OFFICES OF MASRY & VITITOE**
5707 Corsa Avenue, 2nd Floor
Westlake Village, California 91362
Telephone: (818) 991-8900

Attorneys for Plaintiffs

RECEIVED
06 AUG 31 PM 12:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WILLITS ENVIRONMENTAL<br>REMEDIATION TRUST, et al.,<br><br>　　　　Defendants. | CASE NO. C-99-3941 SI<br>(Related to CASE NO. C-01-0266 SI)<br><br>(Honorable Susan Illston)<br><br>**STIPULATION OF DISMISSAL WITH<br>PREJUDICE OF CERTAIN<br>PLAINTIFFS AND ORDER THEREON**<br><br>Complaint Filed:　August 25, 1999<br>Trial Date:　　　None Set |

**TO THE HONORABLE COURT:**

**COMES NOW THE PARTIES** who, pursuant to *Federal Rule of Civil Procedure* 41(a)(1), stipulate to the dismissal with prejudice of certain Plaintiffs in this action.

1

1  **WHEREAS** Plaintiffs identified in Attachment "A" hereto have settled their claims asserted
2  in these consolidated matters.
3  **WHEREAS** the agreed upon settlement includes a dismissal with prejudice.
4  **NOW, THEREFORE,** pursuant to the settlement and release reached between each of the
5  Plaintiffs identified on Attachment "A" hereto and the Defendants, said parties stipulate and agree
6  that:
7  Pursuant to *Federal Rule of Civil Procedure* 41(a), all claims asserted by the Plaintiffs
8  identified on Attachment "A" hereto shall be dismissed with prejudice from these consolidated
9  actions.

**IT IS SO STIPULATED**

DATED: August 30, 2006        LAW OFFICES OF ENGSTROM, LIPSCOMB & LACK

By_____
WALTER J. LACK
MARK E. MILLARD
Attorneys for Plaintiffs

DATED: August 31, 2006        LATHAM & WATKINS

By Richard W. Raushenbush   by HJT
RICHARD W. RAUSHENBUSH
Attorneys for Defendants
Pneumo Abex Corporation and Whitman Corporation
(nka PepsiAmericas, Inc.)

2

## ORDER

Having received and considered the above stated Stipulation and stated reasons therefore, and finding Good Cause therefore, the Court hereby adopts the Stipulation as an Order of the Court as follows:

Having resolved their claims by way of settlement, the Plaintiffs identified on Attachment "A" hereto and all of their claims asserted herein, are dismissed with prejudice from the consolidated action entitled *Avila, et al. v. Willits Environmental Remediation Trust, et al.*, Case No. C-99-3941 (Consolidated with Case No. C-01-0266).

**IT IS SO ORDERED**

Dated: 10/6/06

_____
SUSAN ILLSTON
United States District Judge

# ATTACHMENT A

LIST OF 310 SETTLING PLAINTIFFS DISMISSING THEIR ACTION

| | PLAINTIFF |
|---|---|
| 1. | Adams, Michael John |
| 2. | Alger, Micki Lee |
| 3. | Amick, Willard |
| 4. | Anderson, Tyler, **a minor** |
| 5. | Bacci, Crystal, **a minor** |
| 6. | Barajas, Laura |
| 7. | Barrett, Raymi |
| 8. | Baviere, Uta |
| 9. | Bays, Mary Jane E. (Bettye) |
| 10. | Bays, Richard Madison, **deceased** |
| 11. | Baze, Amanda Nicole, **a minor** |
| 12. | Baze, Harryll Wayne |
| 13. | Baze, Melissa Anne, **a minor** |
| 14. | Baze, Rebecca Marie, **a minor** |
| 15. | Baze, Tiffany Renee, **a minor** |
| 16. | Begin, III, Alfred Charles |
| 17. | Begin, II, Alfred C. |
| 18. | Begin, Daniel Michael |
| 19. | Begin, John P. |
| 20. | Begin, Kathleen E. |
| 21. | Begin, Kathleen Marie |
| 22. | Begin, Rochelle |
| 23. | Begin, Thomas J. |
| 24. | Belford, Frank E. |
| 25. | Belford, Geoffrey F., **a minor** |
| 26. | Belford, Ian W., **a minor** |
| 27. | Belford, Katherine L. |
| 28. | Bixler, Sherry |
| 29. | Bonnette, Marcia |
| 30. | Boyett, Natalie (Deschiell) |
| 31. | Brackett, Kyle, **a minor** |
| 32. | Brown, Brian |
| 33. | Brown, Christine |
| 34. | Brown, Kenneth James |
| 35. | Brown, Teresa |
| 36. | Brymer, Katrina |
| 37. | Butler, Craig, **a minor** |
| 38. | Butler, Kelly (n/k/a Kelly Tosten) |
| 39. | Cameron, Elaine Lucille |
| 40. | Canha, Steven L. |
| 41. | Carrington, Elaine |
| 42. | Castillejos, Florentino Anthony, **minor** |
| 43. | Castillejos, Jessica K. |
| 44. | Castillejos, Lorena (Garcia), **minor** |

4

|     | PLAINTIFF |
| --- | --- |
| 45. | Castillejos, Miguel (Garcia), **minor** |
| 46. | Castillo-Curtis, Marnie Liane |
| 47. | Chappell, David Martin |
| 48. | Chappell, George Douglas, **Deceased** |
| 49. | Chappell, Hazel M., **Deceased** |
| 50. | Clark, Sharon Lee |
| 51. | Cline, Ginessa |
| 52. | Cline, Paul Thomas |
| 53. | Coltrain, Gary Wayne |
| 54. | Coltrain, Shirley |
| 55. | Comp, Allan Eugene |
| 56. | Cox, Kenneth E. |
| 57. | Crippen, Sarah Lorraine, **a minor** |
| 58. | Crothers, Barbara |
| 59. | Crothers, Gary |
| 60. | Crothers, Robert, **Deceased** |
| 61. | Crothers, Sharon, **Deceased** |
| 62. | Curtis, Marlye Ann |
| 63. | Dale, Eric |
| 64. | Dale, Frank S. |
| 65. | Dale, Ilene June-**deceased** |
| 66. | Dale, Jack Bruce-**deceased** |
| 67. | DeFranco, Chris |
| 68. | DePriest, Christopher James |
| 69. | Devine, Austin Daniel, **a minor** |
| 70. | Devine, Daniel Duane |
| 71. | Devlin, Angela Louise |
| 72. | Dixon, Randy |

5

| | PLAINTIFF |
|---|---|
| 73. | Douglas, Chester |
| 74. | Dube, Ruth A. |
| 75. | Dusky, Sarah Nicole |
| 76. | Dusky, William Jacob |
| 77. | Du Yore, Cecelia Sue |
| 78. | Ellingson, Michaelina Morford |
| 79. | Faustina, Cheyenne, **a minor** |
| 80. | Faustina, Jennifer |
| 81. | Faustina, Joseph, **a minor** |
| 82. | Faustina, Michael Joseph |
| 83. | Faustina, Shawn, **a minor** |
| 84. | Fender, Donald Alyn |
| 85. | Fisher, Laurie A. |
| 86. | Flint, Mallory |
| 87. | Flint, Mellisa, **a minor** |
| 88. | Flint, Morgan |
| 89. | Folck, Coty Allen, **a minor** |
| 90. | Folck, Tonia, LeeAnn |
| 91. | Ford, Arrita Drucella |
| 92. | Ford, Sr., Garland W. |
| 93. | Gallups, Jr., Thomas L. |
| 94. | Gifford, Christina Ann |
| 95. | Gleason, Sally Anne |
| 96. | Glenn, Deborah Jean |
| 97. | Goforth, Marya Christine |
| 98. | Goforth, Maurice, **deceased** |
| 99. | Goforth, Pearl Jewell, **Deceased** |
| 100. | Gregg, Beverly |
| 101. | Gregg, Kaitlin C., **a minor** |
| 102. | Gregg, Michael |
| 103. | Gregg, Taylor M. |
| 104. | Gregory, Della, **Deceased** |
| 105. | Gregory, Elizabeth Ann |
| 106. | Gregory, Laurel Ann (aka Briner) |
| 107. | Gregory, Suzanne Michelle |
| 108. | Gribaldo, Trudy Delynn (married name Trudy D. Miller) |
| 109. | Gruzas, Jr., Thomas John |
| 110. | Gully, Ashley Josephine, **a minor** |
| 111. | Gully Brenda M. |
| 112. | Gully, Scott W., **a minor** |
| 113. | Gully, III, William C. |
| 114. | Gutierrez, Sandy |
| 115. | Hamil, Deborah J. |
| 116. | Hamilton (Bishop), Erin |
| 117. | Hani, Patricia Ann |
| 118. | Hansen, Aubrey |
| 119. | Hansen, Christina (aka Christina Hansen-Raley) |
| 120. | Hansen, Denise |
| 121. | Hansen, Justin |
| 122. | Harris, Dana June, **Deceased** |

| | PLAINTIFF |
|---|---|
| 123. | Heines, Peter Bruno, **Deceased** |
| 124. | Henckell, Johan Dersu |
| 125. | Hendry, Jr., Bobby G. |
| 126. | Hendry, Sr., Bobby Glenn |
| 127. | Hendry, Douglas Ray |
| 128. | Hendry, Raymond Earl |
| 129. | Hendry, Rethie Mae |
| 130. | Hendry, Willie Manail, **Deceased** |
| 131. | Hibbs, Norma |
| 132. | Hibbs, Shirley |
| 133. | Hibbs, Steven Anthony |
| 134. | Hibbs, Wilma Louise, **deceased** |
| 135. | Higgins, Margaret A. Begin |
| 136. | Hill, Jerri Von |
| 137. | Hiott, Linda |
| 138. | Hoaglen, Mirinda |
| 139. | Hoaglen, Rachel Colleen |
| 140. | Hoggatt, John N. |
| 141. | Holt, Bruce D. |
| 142. | Holt, Janice K. |
| 143. | Holt, Michele Lee |
| 144. | Hood, Gloria Ann |
| 145. | Hood, Jacob Isaac |
| 146. | Hood, John Dwayne |
| 147. | Hood-Devine, Mary Jane |
| 148. | Hood, Mitchell Edward |
| 149. | Hubbard, Howard Christopher |
| 150. | Hubbard, Sherry Lynn |
| 151. | Hubbard, Travis Parks |
| 152. | Huey, Jeremy |
| 153. | Huey, Joshua |
| 154. | Huffman, Carl Calvin |
| 155. | Huffman, Monica Charlene |
| 156. | Humphreys, Kim E. |
| 157. | Husemann, Paul |
| 158. | Jenney, Victoria |
| 159. | Jensen, Shirley Veronica |
| 160. | Jones, Jesse Clyde |
| 161. | Jose, Grace |
| 162. | Jose, Harold |
| 163. | Keeton, Connie Ann |
| 164. | Keeton, Danielle Jo |
| 165. | Keeton, Danny Joe |
| 166. | Keeton, Dwayne Joseph |
| 167. | Keeton, Mark Kevin **incompetent** |
| 168. | Keeton, Sheldon Wesley, **a minor** |
| 169. | Kendrick, Keith |
| 170. | Knapp, Crystal |
| 171. | Lacy, Annie Claire **(deceased)** |
| 172. | Latimer, Carley J., **a minor** |

| | PLAINTIFF |
|---|---|
| 173. | Latimer, Laurie (Phillips) |
| 174. | Latimer, Mark |
| 175. | Latimer, Robert E., **a minor** |
| 176. | Latimer, Sarah N., **a minor** |
| 177. | Lesley, Aline, **Deceased** |
| 178. | Lesley, Samantha |
| 179. | Lewis, Damien Wayne, **a minor** |
| 180. | Lewis, Diane Dale |
| 181. | Lewis, Jack Dale, **Deceased** |
| 182. | Lewis, Tanya |
| 183. | Ligosky, Jamie Cara |
| 184. | Lippmann, Rick E. |
| 185. | Lorenz, Carol |
| 186. | Love, Joyce Florence |
| 187. | Love, Kristin Arlene |
| 188. | Maddux, Arlon |
| 189. | Maddux, Charisse Yvonne |
| 190. | Maddux, Kenneth R. |
| 191. | Maddux, William D. |
| 192. | Maduakolam, Arthur Rayfield, **incompetent** |
| 193. | Maduakolam, Hattie Yvette |
| 194. | Maduakolam, Johnetta |
| 195. | Manuel, Caitlin M. (aka Caitlin M. Carroll) |
| 196. | Martin, Gladys Carol Horn |
| 197. | McBride, Jessie |
| 198. | McCartney, Brad |
| 199. | McCartney, Kyle |
| 200. | McCartney, Ryan |
| 201. | McCartney, Tyler |
| 202. | McDaniel, Clay Adam |
| 203. | McDaniel, Connie Darlene |
| 204. | McDaniel, Jared |
| 205. | McElhaney, Carol |
| 206. | McElhaney, William |
| 207. | McMilin, Eric |
| 208. | McMilin, Kenneth P. |
| 209. | McMilin, Misty Melissa Lynne |
| 210. | McMilin, Ronald E. |
| 211. | McVarish, Evan (aka Evan McVarish Sharpe) |
| 212. | Meyer, Barbara |
| 213. | Meyer, David |
| 214. | Meyer, Theresa |
| 215. | Michels, William Bart |
| 216. | Middleton, Lester L |
| 217. | Miller, Michelle |
| 218. | Mitchell, Sharon |
| 219. | Moore, Cole Alan, **Deceased** |
| 220. | Morford, Jean H. |
| 221. | Mosna, Brandy |
| 222. | Noonkester, Melinda |

|     | PLAINTIFF |
| --- | --- |
| 223. | Noonkester, Randy, **Deceased** |
| 224. | Nunes, Shana |
| 225. | Orrock, William Joseph |
| 226. | Peers, Katrina B. |
| 227. | Penrose, Ronald A. |
| 228. | Phillips, Levi Blue, **a minor** |
| 229. | Phillips, Michelle Lynn, (changed name to Michelle Lynn Stansberry) |
| 230. | Phillips, Patsy |
| 231. | Phillips, Suzanne |
| 232. | Phillips, Tamra L. |
| 233. | Price, Andrew |
| 234. | Pritchard, Julie Ann |
| 235. | Props, Robby R. |
| 236. | Radillo, Andrew, **a minor** |
| 237. | Radillo, Sharon |
| 238. | Reed, Mickey Ray |
| 239. | Riddell, Robert Ethery |
| 240. | Roberts, Charles Edward Glenn |
| 241. | Roberts, David Justin |
| 242. | Rodriguez, Angie |
| 243. | Rodriguez, Jose Luis |
| 244. | Rodriguez, Margareta |
| 245. | Rodriguez, Rebecca Star, **a minor** |
| 246. | Rogers, Bryan Eric |
| 247. | Roth, Chenoa Rose |
| 248. | Samples, Patricia Ann |
| 249. | Sapoznick, Samuel |
| 250. | Schuette, Patrick Herman |
| 251. | Scroggins, Diana Mae |
| 252. | Sears, Kenneth Lee |
| 253. | Setzer, Margaret Jewel |
| 254. | Severson, Rhonda Lee |
| 255. | Shinault, Gracie Marie, **Decedent** |
| 256. | Sicard, Barbara J. |
| 257. | Sicard, Nayo Dawn |
| 258. | Silva, Buck James |
| 259. | Silva, Haley Lynn Shirley, **a minor** |
| 260. | Silva, Sherry Lynn |
| 261. | Simpson, III, James Marion |
| 262. | Simpson, Jr., James Marion |
| 263. | Simpson, Sr., James Marion, **Deceased** |
| 264. | Sinor, Tracy M.-deceased |
| 265. | Sinor, Roberta |
| 266. | Skaggs, Tracy Ann |
| 267. | Slover, Chandler Thomas, **a minor** |
| 268. | Slover, Colter Braedon, **a minor** |
| 269. | Slover (Antill), Cristin Marie |
| 270. | Slover, Stacy Howard |
| 271. | Smith, Kimber Susan (aka Kimberly Susan Smith) |

9

|   | PLAINTIFF |
|---|---|
| 272. | Smith, Michael Charles |
| 273. | Sparks, Mary Agnes |
| 274. | Spivey, Ina |
| 275. | Spivey, Jeffrey |
| 276. | Spivey, Jr., Marcus **(Deceased)** |
| 277. | Spivey, III, Marcus |
| 278. | St. Martin, Dwayne B. |
| 279. | St. Martin, Mark A., **Deceased** |
| 280. | St. Martin, Pamela Jean |
| 281. | St. Martin, Victoria |
| 282. | Stegemann, Gertrude, **Deceased** |
| 283. | Stegemann, Walter, **Deceased** |
| 284. | Stephens, Dineh LaChee |
| 285. | Stephens, Matthew (Bo) |
| 286. | Svendsen, Elizabeth |
| 287. | Sweet, Brooke Ann, **a minor** |
| 288. | Thomas, John A. |
| 289. | Thomas, Katherine Ann |
| 290. | Thompson, Braylyn Scott, **a minor** |
| 291. | Thompson, Darnell K.. |
| 292. | Torrez, Angelica Esmeralda |
| 293. | Tugman, Shirley Jean |
| 294. | Tuso, Bonnie |
| 295. | Vigil, Kelly Denise Charlesworth |
| 296. | Vigil, Rylee Ann, **a minor** |
| 297. | Vigil, Simon Blake, **a minor** |
| 298. | Walter, Cherrie L. |
| 299. | Walter, Jason J. |
| 300. | Watson, DiAnn |
| 301. | Webb, Angela Dawn |
| 302. | Webb, Jr. Charles |
| 303. | Webb, Dawn G. |
| 304. | White, Donald Hastings |
| 305. | White, Jr., Scottie Lee |
| 306. | White, Susan Elaine |
| 307. | Woertink, Gregory A. |
| 308. | Yadon, Leslie (new married last name (Tankersley) |
| 309. | Yadon, Shirley L. |
| 310. | Zaragoza, Christine Denise |

10

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562.

On **August 31, 2006**, I served the following documents described as:

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS AND ORDER THEREON**

by serving a true copy of the above-described documents in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLPs' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

**SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 31, 2006**, at San Francisco, California.

_/s/ Harry Campbell_
Harry Campbell

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\577218.1

1

Stipulation of Dismissal of Certain Plaintiffs
Case No. C-99-3941 SI (Related to Cse No. C-01-0266 SI)

# Service List

**BY U.S. MAIL**

Nancy Seidler Eichler, Esq.
**Masry & Vititoe**
5707 Corsa Avenue, 2nd floor
Westlake Village, CA 91367
Telephone: (818) 991-8900
Facsimile: (818) 991-6200

Barbara Guibord, Esq.
Douglas Michaud, Esq.
**Fognani Guibord Homsy & Roberts**
20 N. Clark Street – 32nd Floor
Chicago, IL 60602
Telephone: (312) 596-7777
Facsimile: (312) 596-7788

Tesfaye W. Tsadik, Esq.
**Law Offices of Tesfaye W, Tsadik**
1736 Franklin Street, Tenth Floor
Oakland, CA 94612
Telephone: (510) 839-3922
Facsimile: (510) 444-1704

Mark E. Millard, Esq.
**Engstrom Lipscomb & Lack**
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, CA 90067-4107

Thomas Johnston, Esq.
**Girardi & Keese**
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

**William M. Simpich, Esq.**
Attorney at Law
1736 Franklin Street, Tenth Floor
Oakland, CA 94612
Telephone: (510) 444-0226
Facsimile (510) 444-1704

Philip C. Hunsucker, Esq.
**RESOLUTION LAW GROUP, P.C.**
3717 Mt. Diablo Boulevard, Suite 200
Lafayette, CA 94549
Telephone: (925) 299-5104
Facsimile: (925) 284-0870

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\577218.1

2

Stipulation of Dismissal of Certain Plaintiffs
Case No. C-99-3941 SI (Related to Cse No. C-01-0266 SI)