**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, et al., | No. C 99-3941 SI |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' REQUEST TO SERVE ADDITIONAL DISCOVERY** |
| v. | |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants. / | |

Defendants seek leave to serve additional limited discovery on plaintiffs concerning plaintiffs' new contention that plaintiffs have been exposed to Dioxin and/or Polychlorinated Biphenyls ("PCBs"). (Docket No. 716). Plaintiffs do not oppose the motion, and request that they be given until February 15, 2007 to provide the responses, as well as the responses for the causation plaintiffs, which are currently due on December 15, 2006. Plaintiffs state they require this extension of time because, *inter alia*, they are awaiting the results of blood sampling and attempting to obtain water and soil samples.

The Court hereby GRANTS defendants' motion, and modifies the schedule for certain plaintiffs' *prima facie* showing of exposure and medical causation, as set forth in Scheduling Order No. 6, as follows:

1. The affidavits of plaintiffs and their experts, described in Scheduling Order No. 6 Section D (1)-(3), must be served upon defendants by personal service or overnight mail and filed with the Court on or before **February 15, 2007**.

2. By **March 8, 2007**, the parties shall meet and confer to discuss defendants' response to the submission. Any dispute between the parties regarding defendants' response to the

submission of the completed affidavits shall be addressed to the Court by letter brief on or before **March 15, 2007**.  Unless otherwise ordered by the Court as a result of a dispute between the parties, defendants' response to the completed affidavits shall be served upon plaintiffs by personal service or overnight mail and filed with the Court no later than **April 20, 2007**.

3. The Court will hold a further status conference at 2:30 p.m. on **April 27, 2007** to set fruther dates for plaintiffs' *prima facie* showing, further discovery and trial.

**IT IS SO ORDERED.**

Dated: December 5, 2006

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California