LATHAM & WATKINS LLP
   Ernest J. Getto (Bar No. 55662)
   Richard W. Raushenbush (Bar No. 134983)
   Brendan A. McShane (Bar No. 227501)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendants
PNEUMO ABEX CORPORATION (nka Pnuemo Abex LLC) and WHITMAN CORPORATION (nka PepsiAmericas, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al.,<br><br>    Defendants. | CASE NO. C-99-3941 SI<br>(Related to Case No. C-01-0266 SI)<br><br>**SUPPLEMENTAL DECLARATION OF BRENDAN A. MCSHANE IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM**<br><br>Date: December 20, 2006<br>Time: 9:00 a.m.<br>Place: Courtroom 10<br>Trial Date: None Set<br><br>(Honorable Susan Illston) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Supplemental Declaration of Brendan A. McShane
in Support of Defendants' Reply
Case No. C-99-3941 SI (Related to Case No. C-01-0266 SI)

I, Brendan A. McShane, declare as follows:

1. I am an associate in the law firm of Latham & Watkins LLP, counsel to Defendants Pneumo Abex Corporation and Whitman Corporation ("Defendants") in this matter. Unless otherwise indicated, I have personal knowledge of the facts contained in this Declaration and if called upon to do so, I could and would testify competently thereto.

2. I make this Supplemental Declaration in support of Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment as to Plaintiffs' Intentional Infliction of Emotional Distress Claim.

3. Attached hereto as Exhibit A is a true and correct copy of certain records obtained by Defendants' counsel from a custodian of certain M-C Industries, Inc. records regarding the employment of Charles Nickerman at the "Remco" facility in Willits, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on the 8th day of December, 2006.

/s/
Brendan A. McShane

SF\589695.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Supplemental Declaration of Brendan A. McShane
in Support of Defendants' Reply
Case No. C-99-3941 SI (Related to Case No. C-01-0266 SI)

1

# EXHIBIT A

COUNTY OF MENDOCINO
DEPARTMENT OF EMPLOYMENT AND TRAINING
COURTHOUSE
UKIAH, CA 95482

MONTH OF  APRIL 1986

Business Name  Remco Division           OJT Employee  Charles Nickerman

Mailing Address  934 South Main Street   S.S.#  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
                 Willits, CA 95490

Telephone  (707) 459-5301

ACTUAL HOURS WORKED                EVALUATION                              COMMENTS
(Round off to the 1/2 hour)

| Day | Hrs | Day | Hrs |
|-----|-----|-----|-----|
| 1   | 7   | 17  | 8   |
| 2   | X   | 18  | 8   |
| 3   | y   | 19  |     |
| 4   | 7   | 20  |     |
| 5   |     | 21  | 8   |
| 6   |     | 22  | 6   |
| 7   | 8.5 | 23  | 8.5 |
| 8   | 5   | 24  | 8   |
| 9   | 6   | 25  | 8   |
| 10  | 9   | 26  | 8   |
| 11  | 9   | 27  | 8   |
| 12  |     | 28  | 7   |
| 13  |     | 29  | 7   |
| 14  | 7   | 30  | 8   |
| 15  | 8   | 31  |     |
| 16  | 7   |     |     |

| Evaluation            |   |   | X |   |
|-----------------------|---|---|---|---|
| Attendance            |   |   | X |   |
| Punctuality           |   |   | X |   |
| Work Attitude         |   |   | X |   |
| Quality of Work       |   |   | X |   |
| Quantity of Work      |   |   | X |   |
| Willingness to Learn  |   |   | X |   |
| Follows Instructions  |   |   | X |   |
| Shows Initiative      |   |   | X |   |
| Accepts Correction    |   |   | X |   |
| Relations with Employer |   |   | X |   |
| Relations with Others |   |   | X |   |
| Personal Appearance   |   |   | X |   |

I declare under the penalty of perjury that the time and attendance records are true and correct to the best of my knowledge and belief.

_Charles D. Nickerman_                                        _____
Trainee's Signature                                            Date

_____                                       5/1/86
Contractor's Signature                                         Date

OFFICE USE ONLY          CONTRACT #
  103   Hrs x  3.35  Rate = 345.01
                                                  Hours
  _____  Hrs x _____  Rate = _____                Remaining _____

  _____  Hrs           $ _____

                         COMPUTED BY _____

                         VERIFIED BY _____

TOTAL HOURS  194

MDETP #34 REV. 1 (5-20-85)    APPROVED FOR PAYMENT _____

white - fiscal copy/yellow - OJT copy/pink - employer copy

MCI 024 0228

COUNTY OF MENDOCINO
DEPARTMENT OF EMPLOYMENT AND TRAINING
COURTHOUSE
UKIAH, CA 95482

MONTH OF MARCH 1986

Business Name REMCO DIVISION

Mailing Address 934 South Main Street
Willits, CA 95490

Telephone (707) 459-5301

OJT Employee Charles Hickerman

S.S.# 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

ACTUAL HOURS WORKED
(Round off to the 1/2 hour)

| Day | Hours | Day | Hours |
|---|---|---|---|
| 1 | 10 | 17 | 9.5 |
| 2 | 4 | 18 | 9 |
| 3 | 9 | 19 | 9 |
| 4 | 9 | 20 | 9 |
| 5 | 9 | 21 | 9 |
| 6 | 10 | 22 |  |
| 7 | 9 | 23 |  |
| 8 | 8 | 24 | 9 |
| 9 |  | 25 | 9 |
| 10 | 8 | 26 | 9 |
| 11 | 9 | 27 | 9 |
| 12 | 1 | 28 | 9 |
| 13 | 9 | 29 | 6 |
| 14 | 9 | 30 |  |
| 15 | 9 | 31 | 8.5 |
| 16 |  |  |  |

TOTAL HOURS 226

MDETP #34 REV. 1 (5-20-85)

EVALUATION

| | Need |
|---|---|
| Attendance | X |
| Punctuality | X |
| Work Attitude | X |
| Quality of Work | X |
| Quantity of Work | X |
| Willingness to Learn | X |
| Follows Instructions | X |
| Shows Initiative | X |
| Accepts Correction | X |
| Relations with Employer | X |
| Relations with Others | X |
| Personal Appearance | X |

COMMENTS

I declare under the penalty of perjury that the time and attendance records are true and correct to the best of my knowledge and belief.

Charles A Th____    11-8-86
Trainee's Signature    Date

_____    _____
Contractor's Signature    Date

OFFICE USE ONLY    CONTRACT #
____ Hrs x ____ Rate = ____
226 Hrs x 3.35 Rate = 757.10    Hours Remaining 103
____ Hrs    $____
COMPUTED BY ____
VERIFIED BY ____
APPROVED FOR PAYMENT ____

MCI 024 0229

white - fiscal copy/yellow - OJT copy/pink - employer copy

COUNTY OF MENDOCINO
DEPARTMENT OF EMPLOYMENT AND TRAINING
COURTHOUSE
UKIAH, CA 95482

MONTH OF FEBRUARY 1986

Business Name REMCO DIVISION            OJT Employee Charles Nickerman

Mailing Address 934 South Main Street   S.S.# 571-96-7...
                Willits, CA 95490

Telephone (707) 459-5301

ACTUAL HOURS WORKED           EVALUATION                                COMMENTS
(Round off to the 1/2 hour)

| Day | Hrs | Day | Hrs |
|---|---|---|---|
| 1 |   | 17 |   |
| 2 |   | 18 | 9 |
| 3 | 9 | 19 | 9 |
| 4 | 9 | 20 | 8.5 |
| 5 | 9 | 21 | 9 |
| 6 |   | 22 | 6 |
| 7 | 9.5 | 23 |   |
| 8 |   | 24 | 9.5 |
| 9 |   | 25 | 9 |
| 10 | 9 | 26 | 9 |
| 11 | 9 | 27 | 9 |
| 12 | 9 | 28 | 9 |
| 13 | 9.5 | 29 |   |
| 14 | 9 | 30 |   |
| 15 |   | 31 |   |
| 16 |   |    |   |

Evaluation items:
- Attendance
- Punctuality
- Work Attitude
- Quality of Work
- Quantity of Work
- Willingness to Learn
- Follows Instructions
- Shows Initiative
- Accepts Correction
- Relations with Employer
- Relations with Others
- Personal Appearance

I declare under the penalty of perjury that the time and attendance records are true and correct to the best of my knowledge and belief.

Trainee's Signature _____    Date 4-8-86

Contractor's Signature _____   Date _____

OFFICE USE ONLY    CONTRACT # _____
____ Hrs x ____ Rate = ____
185 Hrs x 3.35 Rate = 619.25    Hours Remaining 329
____ Hrs    $ ____

COMPUTED BY ____       MCI 024 0230
VERIFIED BY ____
APPROVED FOR PAYMENT ____

TOTAL HOURS 185

DETP #34 REV. 1 (5-20-85)

white - fiscal copy/yellow - OJT copy/pink - employer copy

COUNTY OF MENDOCINO
DEPARTMENT OF EMPLOYMENT AND TRAINING
COURTHOUSE
UKIAH, CA 95482

MONTH OF January 1986

Business Name REMCO HYDRAULICS            OJT Employee Charles Nickerman

Mailing Address 934 South Main Street      S.S.# 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
                Willits, CA 95490

Telephone (707) 459-5301

ACTUAL HOURS WORKED    EVALUATION                                COMMENTS
(Round off to the 1/2 hour)

| Day | Hours | Day | Hours |
|---|---|---|---|
| 1 |  | 17 | 9.5 |
| 2 | 9.5 | 18 |  |
| 3 | 10 | 19 |  |
| 4 | 8.5 | 20 | 10 |
| 5 | 4 | 21 | 10 |
| 6 |  | 22 | 9.5 |
| 7 |  | 23 | 9.5 |
| 8 |  | 24 | 9 |
| 9 | 9 | 25 |  |
| 10 | 9.5 | 26 |  |
| 11 |  | 27 | 9 |
| 12 |  | 28 | 9 |
| 13 |  | 29 | 0.5 |
| 14 | 9 | 30 | 9.5 |
| 15 | 9 | 31 | 9 |
| 16 | 9 |  |  |

Evaluation items:
- Attendance
- Punctuality
- Work Attitude
- Quality of Work
- Quantity of Work
- Willingness to Learn
- Follows Instructions
- Shows Initiative
- Accepts Correction
- Relations with Employer
- Relations with Others
- Personal Appearance

I declare under the penalty of perjury that the time and attendance records are true and correct to the best of my knowledge and belief.

Charles A. Nickerman                        2-20-86
Trainee's Signature                          Date

_____                      2-20-86
Contractor's Signature                        Date

OFFICE USE ONLY       CONTRACT # _____
_____ Hrs x _____ Rate = _____
_____ Hrs x _____ Rate = _____   Hours Remaining _____
_____ Hrs           $ _____                 MCI 024 0231
COMPUTED BY _____
VERIFIED BY _____
APPROVED FOR PAYMENT _____

TOTAL HOURS 223

DETP #34 REV. 1 (5-20-85)

white - fiscal copy/yellow - OJT copy/pink - employer copy

COUNTY OF MENDOCINO
DEPARTMENT OF EMPLOYMENT AND TRAINING
COURTHOUSE
UKIAH, CA 95482

MONTH OF December 1985

Business Name REMCO HYDRAULICS    OJT Employee Charles Nickerman

Mailing Address 934 South Main Street    S.S.# 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
Willits, CA 95490

Telephone (707) 459-5301

ACTUAL HOURS WORKED    EVALUATION    COMMENTS
(Round off to the 1/2 hour)

| Day | Hrs | Day | Hrs |
|---|---|---|---|
| 1 | | 17 | |
| 2 | | 18 | |
| 3 | | 19 | |
| 4 | | 20 | |
| 5 | | 21 | |
| 6 | | 22 | |
| 7 | | 23 | |
| 8 | | 24 | |
| 9 | | 25 | |
| 10 | | 26 | |
| 11 | | 27 | |
| 12 | | 28 | |
| 13 | | 29 | |
| 14 | | 30 | 9 |
| 15 | | 31 | 4 |
| 16 | | | |

| Evaluation | Rating |
|---|---|
| Attendance | X |
| Punctuality | X |
| Work Attitude | X |
| Quality of Work | X |
| Quantity of Work | X |
| Willingness to Learn | X |
| Follows Instructions | X |
| Shows Initiative | X |
| Accepts Correction | X |
| Relations with Employer | X |
| Relations with Others | X |
| Personal Appearance | X |

I declare under the penalty of perjury that the time and attendance records are true and correct to the best of my knowledge and belief.

Trainee's Signature                    Date

Contractor's Signature                 Date

OFFICE USE ONLY       CONTRACT #
_____ Hrs x _____ Rate = _____
                                    Hours
_____ Hrs x _____ Rate = _____      Remaining _____

_____ Hrs          $ _____
                                    MCI 024 0232
                   COMPUTED BY _____

                   VERIFIED BY _____

TOTAL HOURS  13

MDETP #34 REV. 1 (5-20-85)    APPROVED FOR PAYMENT _____

white - fiscal copy/yellow - OJT copy/pink - employer copy

*Dickerman*

| | Used | Balance | Dollars | Left |
|---|---|---|---|---|
| 12-85 | | | | |
| 12 85 | 13 | | 43.55 | 737 |
| 1-86 | 223 | | 747.05 | 514 |
| 2-86 | 185 | | 619.75 | 329 |
| 3-86 | 226 | | 757.10 | 103 |

MCI 024 0233

Remco Hydraulics
934 South Main Street
Willits., CA  95490

December 30, 1985



Employment Development Department
P.O. Box 209
Ukiah, CA  95482

Attention TJTC Administrator:

This is a written request for Targeted Jobs Tax Credit vouchering for our following new employee:

      Name: __Charles Nickerman__

      Social Security #: __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__

      Starting Date: __December 30, 1985__

We will call you to schedule an appointment for our new employee.

Thank you,


GLENDA PRESLEY
Employee Relations Manager


MCI 024 0234

NICKERMAN, CHARLES

AGREEMENT/SUBCONTRACT NO. 8560JT036

COUNTY OF MENDOCINO
MANPOWER DEPARTMENT
JOB TRAINING PARTNERSHIP ACT (JTPA)
ON-THE-JOB-TRAINING (OJT) AGREEMENT

The County of Mendocino, (hereinafter "County") enters into this Agreement with REMCO HYDRAULICS, (hereinafter "Employer") this 20th day of December, 1985 in the city of Willits, County of Mendocino.

County and Employer agree:

1. The term of this agreement is from December 30, 1985 through June 15, 1986.

2. The Employer shall employ and train 1 employee(s) (hereinafter "trainees") in the occupation(s) and in accordance with OJT Training Outline(s) in Exhibit A attached hereto and incorporated herein.

    1 trainee(s) shall be entry employees.

    0 trainees shall be upgrade employee(s) from employer's present personnel. Training must significantly raise trainees from their prior position in both skill level and salary by the end of the training period.

3. The County shall pay the employer an amount not to exceed $2,512.50 in accordance with the Cost Computation(s) in Exhibit A. In no event shall the County pay the employer more than his actual and reasonable costs, subject to the maximum amount set forth above, for providing training and for supportive services if applicable to this Agreement under the terms hereof.

4. The Employer shall not subcontract the OJT training. However, Classroom Training, if reimbursable under this Agreement, may be subcontracted. Any attempt by the Employer to delegate OJT training duties under this Agreement shall be void and shall permit the County to immediately terminate this Agreement.

5. During the training, the Employer shall insure that each trainee:

    a. Is on the Employer's payroll.

    b. Receives the same benefits as Employer's other employees performing similar work.

    c. Is paid the salary indicated in Exhibit A.

    d. Is provided Worker's Compensation coverage.

-1-

MCMD 43 (2-12-85)

MCI 024 0235

e. Is provided, by Employer, with safety instructions and equipment necessary for reasonable protection against injury and damage. Where special clothing or equipment is provided to the Employer's regular employees, Employer shall provide the same type of clothing or equipment to the trainees performing similar work.

6. The employer shall employ the trainee(s) as a regular member(s) of Employer's work force and shall continue to employ the trainee(s) upon the successful completion of the training subject to the same conditions of employment as the Employer's other regular employees including termination for unsatisfactory performance.

7. U.S. Department of Labor, State of California and County have the right to observe and monitor all conditions and activities involved in the performance of this Agreement and have the right to verify the cost or pricing data submitted with respect to this Agreement by examining the Employer's books, records or documents pertaining to this Agreement during the Employer's normal business hours. The Employer is required to maintain a record of hours worked and attendance.

8. No alteration or variation of the terms of this Agreement shall be valid and/or binding unless made in writing and signed by the parties hereto; there are no oral understandings or agreements to be incorporated herein.

9. Either party may terminate this Agreement upon ten (10) days prior written notice to the other party. County may immediately terminate this Agreement at such time as funds are not made available to County through the State of California for the purpose of carrying out this Agreement.

10. The location of the Employer's OJT facility and the person in charge of training will be as follows:

    a. Location of Employer's OJT facility: 934 South Main Street, Willits. CA 95490 .
    b. Person in charge of training: Jim Wisdom .

11. Proportion of trainees/employees: (at the time Agreement is entered into)

    a. Total number of Employer's regular employees 202 .
    b. Total number of trainees 2 .

12. No participant in OJT shall be hired or remain working in any position when any other person not supported under the Act is on lay off or reduced hours from the same or substantially equivalent job within the same organization.

    a. Are there any unsubsidized employees on lay off at this time?
       Yes_____ No XXX .
    b. If yes, do the employees presently on lay off perform similar job duties to those to be performed by the trainee?
       Yes_____ No_____ .

-2-

MCI 024 0236

13. No jobs shall be created in a promotional line that will infringe in any way upon the promotional opportunities of currently employed individuals.

    a. If this is an upgrade OJT, is there any infringement on promotional opportunities for currently employed individuals.
       Yes N/A        No  N/A       .

14. Reimbursement information:

    a. The Employer shall submit regular monthly invoices to the Mendocino County Manpower Department, P.O. Box 480, Ukiah, California 95482.

    b. Reimbursement under OJT will be limited to costs incurred during the basic workweek (i.e., the normal number of regular working hours exclusive of overtime, holiday, sick leave, etc).

15. The employer shall abide by the Assurances attached hereto as Exhibit B and incorporated herein.

16. The Employer, and any agents and employees of the Employer, in the performance of this agreement, shall act in an independent capacity and not as officers, employees or agents of the county nor the State of California. The Employer shall not subcontract in the name of the County nor the State of California.

IN WITNESS WHEREOF, this Agreement has been executed, by and on behalf of the parties hereto, the day and the year first above written.

EMPLOYER:                                COUNTY OF MENDOCINO:

_Ronald M. Wickle_                       _Charles R. Hall_
Signature                                Signature

RONALD G. WICKLINE                       CHARLES R. HALL
General Manager                          Manpower Manager
Printed Name and Title                   Printed Name and Title
                                         P.O. Box 480
REMCO HYDRAULICS                         Ukiah, California  95482
Firm Name                                Address
934 South Main Street
Willits, CA  95490                       (707)  463 - 4456
Location                                 Telephone Number

Same As Above
Mailing Address

(707)459-5301
Telephone Number

Corporation
Type of Organization                                    MCI 024 0237

-3-

EXHIBIT A

I. OCCUPATION AND ON-THE-JOB TRAINING OUTLINE

    a. Occupation    MAINTENANCE MECHANIC

    b. DOT Code    638.281-014      SVP Level    7

    c. Hourly Starting Wage $ 6.70

        Hourly Wage on Completion of Program $ 6.70

    d. Basic Workweek    40    Hours.

    e. Outline of On-the-Job Training and Hours of Training:

| Elements of Training | Hours |
|---|---|
| REPAIR, OVERHAUL, INSTALL, LEVEL, ALIGN, AND ADJUST ALL PLANT MACHINERY TO SPECIFIED TOLERANCES | 275 |
| PERFORM LAYOUT WORK WITH OR WITHOUT DRAWINGS | 160 |
| PERFORM PLANT MAINTENANCE SUCH AS REPAIR OR INSTALLATION OF AIR, WATER OR STEAM LINES, CONCRETE WORK, HYDRAULIC INSTALLATION AND REPAIR, ETC. | 315 |
| Total | 750 |

MCI 024 0238

EXHIBIT A (CONTINUED)

II. Cost Computation

| Item 1 Hourly Reimbursement Rate for OJT | Item 2 Total Hours OJT Per Trainee | Item 3 Total Cost Additional Training Services | Item 4 Cost Per Trainee This Occupation (Item 1 x Item 2 plus Item 3) | Item 5 Number Trainees In This Occupation | Item 6 Maximum Cost For This Occupation (Item 4 x Item 5) |
|---|---|---|---|---|---|
| $3.35 | 750 | N/A | $2,512.50 | 1 | $2,512.50 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

III. ADDITIONAL TRAINING SERVICES:
(Check a. or b. below)

    a. |XXX|  Additional Training Services are not applicable to this Agreement.

    b. |N/A|  Additional Training Services checked below are applicable to this Agreement:

( ) Job - Related Education            ( ) Books, Tools, Equipment

_____ hours

$ _____ Cost/hr.   $ _____ Max. Cost      $ _____ Max. Cost
(See Exhibit C)

( ) Other (Specified)

$ _____ Max. Cost      Total Cost ADDITIONAL TRAINING SERVICES $ N/A

EXHIBIT B

ASSURANCES

The Employer assures that:

1. It will comply with the requirements of JTPA and with regulations and policies promulgated thereunder; and
2. If the regulations promulgated pursuant to JTPA are amended or revised, it shall comply with them or will notify County within 30 days after promulgation of the amendments or revision that it cannot conform.
3. No person in the United States shall on the grounds or race, color, sex, religion, national origin, age, disability, sexual orientation or martial status be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity for which the applicant receives Federal financial assistance and will immediately take any measure necessary to effectuate this Agreement.
4. It will comply with Title VI of the Civil Rights Act of 1964 and Government Code Sections 11135 through 11139.5 which prohibits employment discrimination where (1) the primary purpose of a contract or subcontract is to provide employment or (2) discriminatory employment practices will result in unequal treatment of persons who are or should be benefiting from the activity aided pursuant to this contract.
5. No person with responsibilities in the operation of any program under the will discriminate with respect to any program client or any applicant for participation in such program because of race, creed, color, natural origin, sex political affiliation or beliefs.
6. It will comply with the provisions of the Hatch Act, if applicable, which limits the political activity of employees.
7. The program under the Act does not involve political activities.
8. Individuals receiving training on the job shall be compensated by the Employer at such rates, included periodic increases, as may be deemed reasonable under regulations prescribed by the Secretary of Labor, but in no event at a rate less than that specified in Section 6(a)(1) of the Fair Labor Standards Act of the Fair Labor Standards Act of 1938 or, if higher, under the applicable State or local minimum wage law.
9. Services and activities provided under this Contract will be administered by or under the supervision of the Employer.
10. Appropriate standards for health and safety in work and training situations will be maintained.
11. Conditions of employment or training are appropriate and reasonable with regard to the type of work, the geographical region and the proficiency of the applicant.
12. Training will not be for any occupations which require less than two weeks of preemployment training, unless immediate employment opportunities are available in that occupation.
13. Training and related services will, to the maximum extend practicable, be consistent with every individual's fullest capabilities and lead to employment opportunities which will enable participants to become economically self-sufficient.
14. The program will, to the maximum extent feasible, contribute to the occupational development or upward mobility of individual participants.

MCI 024 0240

CHARLES NICKERMAN OUT 63

MCI 024 0241