IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, et al., | No. C 99-3941 SI |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' DECEMBER 5, 2006 REQUEST AS MOOT** |
| v. | |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants.    / | |

By letter dated December 5, 2006, plaintiffs request a 60 day extension of the December 15, 2006 deadline to make a *prima facie* showing of exposure and causation for certain plaintiffs. Plaintiffs also request that CMO #6 be amended accordingly.

By order filed on December 5, 2006, the Court granted defendants' request to serve additional discovery, and amended CMO #6 to extend various deadlines, including a 60 day extension of the December 15, 2006 deadline. (Docket No. 727). Accordingly, because the December 5, 2006 order provides the relief sought in plaintiff's December 5, 2006 letter, the Court DENIES the instant request as moot. (Docket No. 730).

**IT IS SO ORDERED.**

Dated: December 18, 2006

SUSAN ILLSTON
United States District Judge