IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, et al., | No. C 99-3941 SI |
| Plaintiffs, | **ORDER SETTING FINAL DEADLINE FOR *COTTLE* PLAINTIFFS TO SUBMIT ALL REQUIRED FORMS** |
| v. | |
| WILLITS ENVIRONMENT, et al., | |
| Defendants. | |

The parties have submitted numerous letter briefs regarding certain *Cottle* plaintiffs' failure to comply with Scheduling Order No. 6.[1] Defendants' most recent letter requests dismissal of these plaintiffs, or alternatively requests the Court to set a final deadline after which non-complying plaintiffs will be dismissed with prejudice. The forms were due November 13, 2006, and since that date plaintiffs have produced some, but not all, of the necessary documents for various *Cottle* plaintiffs. The parties dispute the reasons why plaintiffs have not complied with Scheduling Order No. 6.

In the interest of resolving plaintiffs' claims on the merits rather than on procedural default, the Court sets a **final deadline of February 13, 2007** for *Cottle* plaintiffs to submit all required forms. Any *Cottle* plaintiff who fails to meet this deadline **shall be dismissed with prejudice**.

**IT IS SO ORDERED.**

Dated: February 6, 2007

SUSAN ILLSTON
United States District Judge

---

[1] These letter briefs are found at Docket Nos. 722, 732, 742, 751, 754 and 757.