```
 1  LATHAM & WATKINS LLP
       Ernest J. Getto (Bar No. 55662)
 2     Richard W. Raushenbush (Bar No. 134983)
       Holly J. Tate (Bar No. 237561)
 3  505 Montgomery Street, Suite 2000
    San Francisco, California 94111-2562
 4  Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
 5
    LATHAM & WATKINS LLP
 6     Collie James (Bar No. 192318)
    650 Town Center Drive, 20th Floor
 7  Costa Mesa, CA 92626
    Telephone: (714) 540-1235
 8  Facsimile: (714) 755-8290

 9  Attorneys for Defendants
    PNEUMO ABEX CORPORATION and
10  WHITMAN CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al.,<br><br>Defendants. | CASE NO. C-99-3941 SI<br><br>(Consolidated with Case No. C-01-0266 SI)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS'** *PRIMA FACIE* **SHOWING** |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & ORDER EXTENDING DEADLINE FOR
D'S RESPONSE TO *PRIMA FACIE* SHOWING
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)

## STIPULATION

WHEREAS on February 15, 2007 Plaintiffs in this action ("Plaintiffs") provided Defendants Whitman Corporation (nka PepsiAmericas, Inc.) and Pneumo Abex LLC (fka Pnuemo Abex Corporation) ("Defendants") with the affidavits supporting the *Cottle* Plaintiffs' *prima facie* showing of exposure and medical causation required by Scheduling Order No. 6;

WHEREAS on February 16, 2007 Defendants served Plaintiffs' expert Dr. Alan Levin with a subpoena requesting documents related to his opinions offered in support of the *Cottle* Plaintiffs' *prima facie* showing;

WHEREAS Plaintiffs objected to this subpoena and submitted an *Ex Parte* Application to the Court on February 22, 2007 seeking a protective order preventing Defendants from obtaining documents from Dr. Levin, deposing either Dr. Levin or Eno River Labs, the laboratory that analyzed the blood samples of certain plaintiffs for the presence of dioxin, or the plaintiffs whose blood was tested;

WHEREAS the Court denied Plaintiffs' *Ex Parte* Application for a protective order on March 6, 2007;

WHEREAS Defendants were unable to begin the process of obtaining documents from Dr. Levin or deposing Dr. Levin, Eno River Labs or the tested plaintiffs before March 6, 2007;

WHEREAS, as a result, Defendants' preparation of their response to Plaintiffs' *prima facie* showing has been delayed by nearly three weeks;

WHEREAS Plaintiffs' Second Amended Response to Defendants Whitman Corporation's and Pneumo Abex Corporation's Fifth Set of Interrogatories, which were served on Defendants on March 5, 2007, identified 20 individuals with alleged knowledge of Remco activities that Defendants may depose;

WHEREAS the majority of these individuals were not disclosed to Defendants in Plaintiffs' Amended Response to Defendants Whitman Corporation's and Pneumo Abex Corporation's Fifth Set of Interrogatories, which were served on Defendants on January 22, 2007;

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & ORDER EXTENDING DEADLINE FOR
D'S RESPONSE TO *PRIMA FACIE* SHOWING
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)

1  WHEREAS scheduling and deposing these individuals, some of whom are not
2  parties, and any others that may be identified during these depositions, will take a significant
3  time even with the cooperation of all parties and limiting these depositions to the issues relevant
4  to the *prima facie* showing.

5  **NOW, THEREFORE, IT IS HEREBY STIPULATED** that:

6  1.  The deadline for Defendants' response to the certain Plaintiffs' *prima
7  facie* showing shall be moved from April 20, 2007 (as set in the Order Granting Defendants'
8  Request to Serve Additional Discovery) to June 22, 2007;

9  2.  Defendants shall be permitted to depose individuals alleged to be
10  knowledgeable about the sources and mechanisms alleged in Plaintiffs' Second Amended
11  Response to Defendants Whitman Corporation's and Pneumo Abex Corporation's Fifth Set of
12  Interrogatories to create dioxin and/or PCBs at the Remco site, other potential sources of dioxin
13  and/or PCBs, and other issues related to dioxin and/or PCBs, including foundational questions,
14  without prejudice to Defendants' ability to depose these individuals on other issues not addressed
15  in these depositions later in this action;

16  3.  Defendants shall be permitted to depose any plaintiff who provided blood
17  samples to be analyzed for the presence of dioxin and PCBs on the topics of the blood sampling,
18  the results of the analysis of the blood samples, and potential sources of any contaminants found
19  in their blood, including foundational questions, without prejudice to Defendants' ability to
20  depose these individuals on other issues later in this action.

22  Dated: March 7, 2007

LATHAM & WATKINS

By _____
Holly J. Tate
Attorneys for Defendants
Pneumo Abex LLC (fka Pneumo Abex
Corporation and Whitman Corporation
(nka PepsiAmericas, Inc.)

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & ORDER EXTENDING DEADLINE FOR
D'S RESPONSE TO *PRIMA FACIE* SHOWING
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)

| | |
|---|---|
| Dated: March 7, 2007 | WILLIAM SIMPICH, Esq. |
| | By _____ |
| | William Simpich |
| | Attorneys for Plaintiffs |
| Dated: March 7, 2007 | TESFAYE W. TSADIK, ESQ. |
| | By _/s/ Tesfaye W. Tsadik_____ |
| | Tesfaye W. Tsadik |
| | Attorneys for Plaintiffs |

**IT IS SO ORDERED.**

Dated: March __, 2007

_____
HON. SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT

SF\600780.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & ORDER EXTENDING DEADLINE FOR
D'S RESPONSE TO *PRIMA FACIE* SHOWING
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)