```
 1  LATHAM & WATKINS LLP
      Ernest J. Getto (Bar No. 55662)
 2    Richard W. Raushenbush (Bar No. 134983)
      Holly J. Tate (Bar No. 237561)
 3  505 Montgomery Street, Suite 2000
    San Francisco, California 94111-2562
 4  Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
 5
    LATHAM & WATKINS LLP
 6    Collie James (Bar No. 192318)
    650 Town Center Drive, 20th Floor
 7  Costa Mesa, CA 92626
    Telephone: (714) 540-1235
 8  Facsimile: (714) 755-8290

 9  Attorneys for Defendants
    PNEUMO ABEX CORPORATION and
10  WHITMAN CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., | CASE NO. C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case No. C-01-0266 SI) |
| v. | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants. | (Honorable Susan Illston) |

04/19/2007 14:23 5104441704 FRANKLIN ST ASSOC PAGE 02/08

**STIPULATION**

WHEREAS, the parties in this action are currently scheduled to appear before the Court on April 27, 2007 for a further Case Management Conference to discuss the next steps in this action;

WHEREAS, those steps are likely to be influenced by the Court's view on the *Cottle* Plaintiffs' *prima facie* showing and Defendants' response thereto in the related action, *Avila v. Willits Environmental Remediation Trust, et al.*, Case No. C-99-3941 SI ("*Avila*");

WHEREAS the deadline for Defendants' response to the *Cottle* Plaintiffs' *prima facie* showing in the *Avila* action has been extended to June 22, 2007;

WHEREAS, the parties respectfully request that the Court continue the Case Management Conference from April 27, 2007 until July 13, 2007 at 2:30 pm.

THEREFORE, subject to Court approval, the parties STIPULATE that the Case Management Conference is scheduled for July 13, 2007 at 2:30 pm.

Dated: April 18, 2007

LATHAM & WATKINS

By _____
Holly J. Tate
Attorneys for Defendants
Pneumo Abex LLC (successor to Pneumo Abex Corporation) and Whitman Corporation (now known as PepsiAmericas, Inc.)

Dated: April 19, 2007

WILLIAM SIMPICH, Esq.

By _____
William Simpich
Attorneys for Plaintiffs

Dated April 19, 2007

TESFAYE W. TSADIK, ESQ.

By _____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

IT IS SO ORDERED

IT IS SO ORDERED
Judge Susan Illston

STIP. & ORDER CONTINUING CMC
CASE NO. C-06-2555 SI