1  LATHAM & WATKINS LLP
       Ernest J. Getto (Bar No. 55662)
2      Richard W. Raushenbush (Bar No. 134983)
       Holly J. Tate (Bar No. 237561)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-2562
4  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
5
   LATHAM & WATKINS LLP
6     Collie James (Bar No. 192318)
   650 Town Center Drive, 20th Floor
7  Costa Mesa, CA 92626
   Telephone:  (714) 540-1235
8  Facsimile:  (714) 755-8290

9  Attorneys for Defendants
   PNEUMO ABEX CORPORATION and
10 WHITMAN CORPORATION

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13
   DONNA M. AVILA, et al.,                  CASE NO. C-99-3941 SI
14
                   Plaintiffs,              (Consolidated with Case No. C-01-0266 SI)
15
           v.                               **STIPULATION AND ~~[PROPOSED]~~ ORDER
16                                          TO EXTEND PAGE LIMITS AND
   WILLITS ENVIRONMENTAL                    BRIEFING SCHEDULE FOR
17 REMEDIATION TRUST, et al.,               DEFENDANTS' MOTION TO STRIKE THE
                                            REPORT OF DR. ALAN S. LEVIN,
18                 Defendants.              PLAINTIFFS' OPPOSITION THERETO
                                            AND DEFENDANTS' REPLY**
19
                                            **(Honorable Susan Illston)**
20

21

22

23

24

25

26

27

28

1

## STIPULATION

2       WHEREAS, on June 22, 2007, Defendants Pneumo Abex LLC (successor to

3 Pneumo Abex Corporation) and Whitman Corporation (now known as PepsiAmericas, Inc.)

4 (collectively, "Defendants") intend to file a Motion to Strike the February 13, 2007 Affidavit

5 submitted by Plaintiffs' expert, Dr. Alan S. Levin, (the "Motion to Strike") in connection with

6 Plaintiffs' attempt to satisfy this Court's December 9, 2004 Order Granting Defendants' Request

7 for *Prima Facie* Showing (the "*Prima Facie* Order") and related Case Management Order Nos. 4

8 and 6;

9       WHEREAS, Plaintiffs intend to oppose the Motion to Strike and Defendants

10 intend to file a reply thereto;

11       WHEREAS, pursuant to Local Rules 7-2 and 7-3 the page limits for the Motion to

12 Strike, the opposition, and reply thereto are respectively 25 pages, 25 pages and 15 pages;

13       WHEREAS, despite diligent efforts to be concise as well as thorough, Defendants

14 have not been able to adequately present the critical issues clearly to the Court within 25 pages

15 due to the large number of Plaintiffs implicated by the Court's *Prima Facie* Order, the number of

16 chemicals and alleged injuries identified in Dr. Levin's Affidavit and the breadth and scope of

17 Dr. Levin's opinions;

18       WHEREAS, the parties agree that they will need additional pages to fully brief

19 the issues relevant to the Motion to Strike;

20       WHEREAS, the parties respectfully request that the Court permit Defendants'

21 Motion to Strike and Plaintiffs' opposition thereto be 40 pages long and Defendants' reply to

22 Plaintiffs' opposition to be 20 pages long.

23       WHEREAS, depending on the nature of Defendants' Motion to Strike, Plaintiffs

24 may decide to depose Defendants' experts, which may take several weeks given the schedules of

25 counsel for both parties;

26       WHEREAS, Plaintiffs may need more than the two weeks allotted under Local

27 Rule 7-3(a) to prepare their opposition to Defendants' Motion to Strike and Defendants' may

28 need more than the one week allotted under Local Rule 7-3(c) to prepare their reply thereto;

1    WHEREAS, the parties respectfully request that the Court permit them to adopt

2    the following briefing schedule:  Plaintiffs' opposition will be due on August 10, 2007;

3    Defendants' reply will be due August 31, 2007 and the hearing on Defendants' Motion to Strike

4    will be held on September 14, 2007.

5    THEREFORE, subject to Court approval, the parties STIPULATE that:

6    (1) The page limit for Defendants' Motion to Strike and Memorandum of Points

7    and Authorities in Support Thereof and Plaintiffs' opposition thereto shall be 40 pages, and the

8    page limit for Defendants' reply to Plaintiffs' opposition shall be 20 pages; and

9    (2) Plaintiffs' opposition will be due on August 10, 2007, Defendants' reply will

10    / / / /

11    / / / /

12    / / / /

13    / / / /

14    / / / /

15    / / / /

16    / / / /

17    / / / /

18    / / / /

19    / / / /

20    / / / /

21    / / / /

22    / / / /

23    / / / /

24    / / / /

25    / / / /

26    / / / /

27    / / / /

28    / / / /

1  be due August 31, 2007 and the hearing on Defendants' Motion to Strike will be held on

2  September 14, 2007.

3

4  Dated: June 15, 2007                    LATHAM & WATKINS LLP

5

6                                          By
7                                             Holly J. Tate
                                            Attorneys for Defendants
8                                           PNEUMO ABEX CORPORATION and
                                            WHITMAN CORPORATION
9

10  Dated: June ___, 2007                   WILLIAM SIMPICH, ESQ.
11

12

13                                          By
                                               William Simpich
14                                          Attorneys for Plaintiffs

15

16  Dated June 18, 2007                     TESFAYE W. TSADIK, ESQ.

17

18                                          By
19                                             Tesfaye W. Tsadik
                                            Attorneys for Plaintiffs
20

21
                    IT IS SO ORDERED.
22
    Dated: June 19, 2007
23

24                                          _____
                                            HON. SUSAN ILLSTON
                                            JUDGE UNITED STATES DISTRICT COURT
25  SF\614477

26

27

28

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

                                            STIP. & ORDER RE PAGE LIMITS AND BRIEFING SCHEDULE
                                            Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)

Judge Susan Illston