IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, et al., | No. C 99-3941 SI |
| Plaintiffs, | **ORDER RE: NON-*PRIMA FACIE* PLAINTIFFS' COMPLIANCE WITH SCHEDULING ORDER NO. 6** |
| v. | |
| WILLITS ENVIRONMENTAL TRUST, et al., | |
| Defendants. / | |

The parties have submitted letter briefs regarding certain plaintiffs' continued failure to comply with Scheduling Order No. 6.[1] According to plaintiffs' letter brief, as of July 2, 2007, all but two plaintiffs have submitted the required documents, and the remaining two plaintiffs (William Curtis II and Henry Hawley) plan to file their documents or seek a dismissal of their claims no later than July 9, 2007. Plaintiffs also state that there is no basis to file an updated questionnaire regarding Nola Wimberly since she "has been dead for some time." However, according to the spreadsheet attached to defendants' June 25, 2007 letter brief, the deficiency with Ms. Wimberly's documentation was that the authorization to release Ms. Wimberly's records was unsigned.

Accordingly, the Court hereby ORDERS plaintiffs to submit all outstanding documents (including signed authorizations on behalf of Ms. Wimberly) to defendants **no later than July 9, 2007**. **Any plaintiff who fails to meet this deadline shall be dismissed from this action.**

**IT IS SO ORDERED.**

Dated: July 3, 2007

SUSAN ILLSTON
United States District Judge

---

[1] The letter briefs are found at Docket Nos. 863 and 868.