| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Ernest J. Getto (Bar No. 55662) |
| 2 | ernest.getto@lw.com |
| | Richard W. Raushenbush (Bar No. 134983) |
| 3 | richard.raushenbush@.lw.com |
| | Brendan A. McShane (Bar No. 227501) |
| 4 | brendan.mcshane@lw.com |
| | Holly J. Tate (Bar No. 237561) |
| 5 | holly.tate@lw.com |
| | 505 Montgomery Street, Suite 2000 |
| 6 | San Francisco, California 94111-2562 |
| | Telephone: (415) 391-0600 |
| 7 | Facsimile: (415) 395-8095 |
| 8 | LATHAM & WATKINS LLP |
| | Collie F. James (Bar No. 192318) |
| 9 | collie.james@lw.com |
| | 650 Town Center Drive, 20th Floor |
| 10 | Costa Mesa, CA 92626 |
| | Telephone: (714) 540-1235 |
| 11 | Facsimile: (714) 755-8290 |
| 12 | Attorneys for Defendants |
| | PNEUMO ABEX CORPORATION (nka Pneumo |
| 13 | Abex LLC) and WHITMAN CORPORATION (nka |
| | PepsiAmericas, Inc.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | DONNA M. AVILA, et al., | CASE NO. C-99-3941 SI |
| 18 | Plaintiffs, | (Consolidated with Case No. C-01-0266 SI) |
| 19 | v. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF CELIA JOHNSON AND ORDER THEREON** |
| 20 | WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| 21 | Defendants. | (Honorable Susan Illston) |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL WITH PREJUDICE OF
CELIA JOHNSON AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)

TO THE HONORABLE COURT:

**COMES NOW THE PARTIES** who, pursuant to *Federal Rule of Civil Procedure* 41(a)(1), stipulate to the dismissal with prejudice of certain Plaintiffs in this action.

**WHEREAS** Celia Johnson has settled her claims asserted in these consolidated matters.

**WHEREAS** the agreed upon settlement includes a dismissal with prejudice.

**NOW, THEREFORE,** pursuant to the settlement and release reached between each Celia Johnson and the Defendants, the parties stipulate and agree that:

Pursuant to *Federal Rule of Civil Procedure* 41(a), all claims asserted by Celia Johnson shall be dismissed with prejudice from these consolidated actions

**IT IS SO STIPULATED**

Dated: July 19, 2007        LATHAM & WATKINS LLP

By: /s/ Richard W. Raushenbush
Richard W. Raushenbush
Attorneys for Defendants
Pneumo Abex Corporation and Whitman Corporation

Dated: July 10, 2007        WILLIAM M. SIMPICH, ESQ.

By: /s/ William M. Simpich
William M. Simpich
Attorneys for Plaintiffs

Dated: July 10, 2007        TESFAYE W. TSADIK, ESQ.

By: /s/ Tesfaye W. Tsadik
Tesfaye W. Tsadik
Attorneys for Plaintiffs

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1  STIPULATION OF DISMISSAL WITH PREDJUDICE OF
CELIA JOHNSON AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)

1 **ORDER**

2 Having received and considered the above stated Stipulation and stated reasons
3 therefore, and finding Good Cause therefore, the Court hereby adopts the Stipulation as an Order
4 of the Court as follows:

5 Having resolved her claims by way of settlement, Plaintiff Celia Johnson and all
6 of her claims asserted herein, are dismissed with prejudice from the consolidated action entitled
7 Avila, et al. v. Willits Environmental Remediation Trust, et al., Case No. C-99-3941
8 (Consolidated with Case No. C-01-0266).

9 **IT IS SO ORDERED**

10 Dated:_____

11 

12 _____
SUSAN ILLSTON
United States District Judge

13 SF\617528.1

LATHAM•WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2  STIPULATION OF DISMISSAL WITH PREDJUDICE OF
CELIA JOHNSON AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)