IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, et al., | No. C 99-3941 SI |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF HENRY HAWLEY WITH PREJUDICE; DENYING MOTION TO DISMISS COX PLAINTIFFS** |
| v. | |
| WILLITS ENVIRONMENTAL TRUST, et al., | |
| Defendants. | |

By order filed July 3, 2007, the Court set a July 9, 2007 deadline for the remaining non-*prima facie* plaintiffs to provide the documents required by Scheduling Order No. 6. Plaintiff Henry Hawley did not provide the documents at issue, and accordingly the Court GRANTS defendants' motion to dismiss him with prejudice.

Defendants also seek to dismiss the Cox plaintiffs because those plaintiffs filed incomplete questionnaires. Plaintiffs have filed the declaration of a paralegal, Susan Doyle, who explains the problems associated with preparing and sending the documentation. Ms. Doyle also states that the errors have been corrected, and that the Cox plaintiffs have submitted complete questionnaires.

In the interest of resolving plaintiffs' claims on the merits, and because the deficiencies with the questionnaires appear to have been inadvertent, the Court DENIES defendants' motion to dismiss the Cox plaintiffs. (Docket Nos. 863 & 872).

**IT IS SO ORDERED.**

Dated: July 31, 2007

SUSAN ILLSTON
United States District Judge