1 | LATHAM & WATKINS LLP
  Ernest J. Getto (Bar No. 55662)
2 |   ernest.getto@lw.com
  Richard W. Raushenbush (Bar No. 134983)
3 |   richard.raushenbush@.lw.com
  Brendan A. McShane (Bar No. 227501)
4 |   brendan.mcshane@lw.com
  Holly J. Tate (Bar No. 237561)
5 |   holly.tate@lw.com
505 Montgomery Street, Suite 2000
6 | San Francisco, California 94111-2562
Telephone: (415) 391-0600
7 | Facsimile: (415) 395-8095

8 | LATHAM & WATKINS LLP
  Collie F. James (Bar No. 192318)
9 |   collie.james@lw.com
650 Town Center Drive, 20th Floor
10 | Costa Mesa, CA 92626
Telephone: (714) 540-1235
11 | Facsimile: (714) 755-8290

12 | Attorneys for Defendants
PNEUMO ABEX CORPORATION (nka Pneumo
13 | Abex LLC) and WHITMAN CORPORATION (nka
PepsiAmericas, Inc.)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., | CASE NO. C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case No. C-01-0266 SI) |
| v. | |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | **[PROPOSED] ORDER GRANTING AUTHORITY TO INSTALL AUDIO-VIDEO EQUIPMENT** |
| Defendants. | (Honorable Susan Illston) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\625798.1

ORDER GRANTING D'S REQ. TO INSTALL AV EQUIPMENT
CASE NO. C-99-3941 SI

1  A hearing will take place in the above-captioned case on September 14, 2007 at
2  9:00 a.m. in Courtroom 10 of the United States District Court for the Northern District of
3  California, located at 450 Golden Gate Avenue. Defendants Pneumo Abex LLC (successor to
4  Pneumo Abex Corporation) and Whitman Corporation (n/k/a PepsiAmericas, Inc.)
5  ("Defendants") wish to install audio-video equipment to assist in the presentation of their
6  arguments. As authorized by the Court, and good cause appearing therefor, it is hereby ordered
7  that Defendants shall be permitted to install forthwith in Courtroom 10 a audio-video array
8  consisting of the following equipment:

- One Projector
- One VGA cable
- One power strip
- Two extension cords
- Black Gaffer Tape
- Speakers
- Two Laptops + any additional attorney laptops
- One external hard drive

Dated: _____

_/s/ Susan Illston_
The Honorable Susan Illston
Judge of the United States District Court
Northern District of California

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\625798.1

1

ORDER GRANTING D'S REQ. TO INSTALL AV EQUIPMENT
CASE NO. C-99-3941 SI