LATHAM & WATKINS LLP
   Ernest J. Getto (Bar No. 55662)
   ernest.getto@lw.com
   Richard W. Raushenbush (Bar No. 134983)
   richard.raushenbush@.lw.com
   Brendan A. McShane (Bar No. 227501)
   brendan.mcshane@lw.com
   Holly J. Tate (Bar No. 237561)
   holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
   Collie F. James (Bar No. 192318)
   collie.james@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., | CASE NO. C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case No. C-01-0266 SI) |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants. | **(Honorable Susan Illston)** |

## STIPULATION

WHEREAS, the parties in this action are currently scheduled to appear before the Court on October 12, 2007 for a further Case Management Conference;

WHEREAS, the Court has not yet ruled on the various motions associated with the *Prima Facie* Plaintiffs that were heard on September 14, 2007

WHEREAS, a Case Management Conference in the related case *Nickerman v. Remco Hydraulics, Inc., et al.*, Case No. C-06-2555 SI, is scheduled for November 16, 2007;

WHEREAS, the parties respectfully request, for the sake of efficiency, that the Court continue the Case Management Conference in this case from October 12, 2007 until November 16, 2007 at 2:30 pm.

THEREFORE, subject to Court approval, the parties STIPULATE that the Case Management Conference is scheduled for November 16, 2007 at 2:30 pm.

Dated: October 1, 2007    LATHAM & WATKINS

By _____
Holly J. Tate
Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

Dated: October 2, 2007    WILLIAM SIMPICH, Esq.

By _____
William Simpich
Attorneys for Plaintiffs

Dated October 2, 2007    TESFAYE W. TSADIK, ESQ.

By _____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: October ___, 2007

_____
HON. SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\628592.1

STIP. & ORDER CONTINUING CMC
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)