1  William M. Simpich, Esq., SB#106672
   Law Offices of William M. Simpich
2  1736 Franklin Street, 10th Floor
   Oakland, CA 94612
3  Telephone (510) 444-0226
   Facsimile (510) 444-1704
4
   Tesfaye W. Tsadik, Esq., SB#108103
5  Law Offices of Tesfaye W. Tsadik
   1736 Franklin Street, 10th Floor
6  Oakland, CA 94612
   Telephone (510) 839-3922
7  Facsimile (510) 444-1704

8  Attorneys' for Plaintiffs

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12
   DONNA M. AVILA, et al.          )    Case No.: C-99-3941 SI
13                                 )
              Plaintiffs,          )    **ORDER SUBSTITUTING PARTY**
14                                 )
          v.                       )
15                                 )
   WILLITS ENVIRONMENTAL           )
16  REMEDIATION TRUST, et al.      )
                                   )
17            Defendants           )
                                   )
18  _____  )

19

20      On reading and considering the foregoing Application for Order Substituting Party, and

21  good cause appearing:                              on behalf of the estate of David
                                                    ↙  Miller
22      IT IS HEREBY ORDERED THAT CARA GUBLER be and hereby is substituted as

23  party to this action instead and in place of DAVID MILLER.

24  Dated:    10/12/07

25                                          _____
26                                          JUDGE OF THE UNITED STATES DISTRICT COURT

27

28