LATHAM & WATKINS LLP
   Ernest J. Getto (Bar No. 55662)
   ernest.getto@lw.com
   Richard W. Raushenbush (Bar No. 134983)
   richard.raushenbush@.lw.com
   Brendan A. McShane (Bar No. 227501)
   brendan.mcshane@lw.com
   Holly J. Tate (Bar No. 237561)
   holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
   Collie F. James (Bar No. 192318)
   collie.james@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants
PNEUMO ABEX CORPORATION (nka Pneumo Abex LLC) and WHITMAN CORPORATION (nka PepsiAmericas, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., | CASE NO. C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case No. C-01-0266 SI) |
| v. | **STIPULATION AND [PROPOSED] ORDER STRIKING ALLEGATIONS REGARDING MEDICAL MONITORING RESERVE UNDER *PEOPLE V. REMCO* CONSENT DECREE** |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants. | (Honorable Susan Illston) |

## STIPULATION

WHEREAS, an Amended Final Consent Decree was entered in the related case, *People of the State of California and the City of Willits v. Remco Hydraulics, et al.*, Case No. C96-0283 (the "*Remco* action"), which contained certain references to a Medical Monitoring Reserve and a Natural Resource Reserve;

WHEREAS, Plaintiffs' Fifth Amended (First Consolidated) Complaint for Damages and Injunctive Relief in this action (the "*Avila* Complaint"), in paragraphs 103 and 107-118 contain numerous allegations relating to the Amended Consent Decree provisions regarding the Medical Monitoring Reserve and a Natural Resource Reserve;

WHEREAS, the *Avila* Complaint, in the Prayer for Relief, Paragraph 14(f), seeks injunctive relief requiring funding of the Medical Monitoring Reserve;

WHEREAS, on December 19, 2006, the Court in the *Remco* action entered an Order Granting Plaintiffs' Motion for Order Modifying Amended Final Consent Decree ("December 19 Order") consistent with an agreement among the parties thereto;

WHEREAS, under the December 19 Order, the Court in the *Remco* action terminated any obligations of the Willits Environmental Remediation Trust, Whitman Corporation (n/k/a PepsiAmericas, Inc.) or Pneumo Abex Corporation (n/k/a Pneumo Abex LLC) "to establish and/or fund either the Medical Monitoring Reserve or the Natural Resource Reserve referenced in the Amended Final Consent Decree Sections VI.C.1, VI.C.3, and VII.C";

THEREFORE, subject to Court approval, the parties STIPULATE that:

1. Paragraphs 103 and 107 through 118 of the *Avila* Complaint are stricken;
2. Paragraph 14 of the Prayer for Relief is the *Avila* Complaint is stricken and Plaintiffs shall not seek relief that requires funding of the Medical Monitoring Reserve or Natural Resource Reserve as provided in the Consent Decree.
3. Nothing herein shall affect the right of any Plaintiff to seek from this Court in this action medical monitoring from Defendants for such Plaintiff and does not constitute a waiver of any other rights such Plaintiff may have.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\626394.1

2

STIPULATION RE MEDICAL MONITORING RESERVE
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 16, 2007 | LATHAM & WATKINS LLP |
| 3 | | |
| 4 | | By /s/ Richard W. Raushenbush |
| 5 | | Richard W. Raushenbush<br>Attorneys for Defendants |
| 6 | | PNEUMO ABEX CORPORATION and<br>WHITMAN CORPORATION |
| 7 | | |
| 8 | Dated: November 16, 2007 | WILLIAM SIMPICH, ESQ. |
| 9 | | |
| 10 | | By /s/ William Simpich |
| 11 | | William Simpich<br>Attorneys for Plaintiffs |
| 12 | | |
| 13 | | |
| 14 | Dated November 16, 2007 | TESFAYE W. TSADIK, ESQ. |
| 15 | | |
| 16 | | By /s/ Tesfaye W. Tsadik |
| 17 | | Tesfaye W. Tsadik<br>Attorneys for Plaintiffs |

**IT IS SO ORDERED.**

Dated: November 20, 2007

_____
HON. SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\626394.1

3

STIPULATION RE MEDICAL MONITORING RESERVE
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)