```
 1  William M. Simpich, Esq., SB#106672
    Law Offices of William M. Simpich
 2  1736 Franklin Street, 10th Floor
    Oakland, CA 94612
 3  Telephone (510) 444-0226
    Facsimile (510) 444-1704
 4
    Tesfaye W. Tsadik, Esq., SB#108103
 5  Law Offices of Tesfaye W. Tsadik
    1736 Franklin Street, 10th Floor
 6  Oakland, CA 94612
    Telephone (510) 839-3922
 7  Facsimile (510) 444-1704

 8  Attorneys' for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONNA M. AVILA, et al. | ) | Case No.: C-99-3941 SI |
|---|---|---|
| Plaintiffs, | ) | [Proposed] |
| v. | ) | **ORDER SUBSTITUTING PARTY** |
| WILLITS ENVIRONMENTAL REMEDIAITON TRUST, et al. | ) | Date:<br>Time: 9:00 a.m.<br>Courtroom: 10 |
| Defendants | ) | |

On reading and considering the foregoing Application for Order Substituting Party, and good cause appearing:

IT IS HEREBY ORDERED THAT GERALD W. DUNCAN be and hereby is substituted as party to this action instead and in place of GERALD D. DUNCAN.

Dated:

_____
UNITED STATES DISTRICT JUDGE