LATHAM & WATKINS LLP
Ernest J. Getto (Bar No. 55662)
ernest.getto@lw.com
Richard W. Raushenbush (Bar No. 134983)
richard.raushenbush@.lw.com
Brendan A. McShane (Bar No. 227501)
brendan.mcshane@lw.com
Holly J. Tate (Bar No. 237561)
holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
Collie F. James (Bar No. 192318)
collie.james@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al.,<br><br>Defendants. | CASE NO. C-99-3941 SI<br><br>(Consolidated with Case No. C-01-0266 SI)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>(Honorable Susan Illston) |

## STIPULATION

WHEREAS, the parties in this action are currently scheduled to appear before the Court on March 14, 2008, at 2:30 p.m. for a further Case Management Conference to discuss the next steps in this action;

WHEREAS, in its Case Management Order dated November 16, 2007, the Court ordered the parties to participate in mediation during the first two weeks of February 2008;

WHEREAS, after diligent effort and negotiation, the parties have mutually agreed upon a mediator;

WHEREAS, the mediator has informed the parties that the earliest possible date for her to conduct the mediation is in two sessions, February 25-29, 2008, and March 10-14, 2008, which dates are acceptable to the parties;

WHEREAS, in order to promote the greatest opportunity for a successful mediation, the parties respectfully request that the Court permit the mediation to proceed on February 25-29, 2008, and March 10-14, 2008, despite the Court's prior Order and to continue the Case Management Conference one week to March 21, 2008;

THEREFORE, subject to Court approval, the parties STIPULATE as follows:

(1) that the mediation shall take place on February 25-29, 2008, and March 10-14, 2008; and

(2) that the Case Management Conference shall be rescheduled for March 21, 2008, at 2:30 pm.

[Signature Page Follows]

| | |
|---|---|
| 1   Dated: January 18, 2008 | LATHAM & WATKINS |
| 2 | |
| 3 | By _____ |
| 4 | Collie F. James<br>Attorneys for Defendants |
| 5 | Pneumo Abex LLC (successor to Pneumo Abex Corporation) and Whitman Corporation (now known as PepsiAmericas, Inc.) |
| 6 | |
| 7   Dated: January 22, 2008 | WILLIAM SIMPICH, Esq. |
| 8 | |
| 9 | By _____ |
| 10 | William Simpich<br>Attorneys for Plaintiffs |
| 11   Dated January 22, 2008 | TESFAYE W. TSADIK, ESQ. |
| 12 | |
| 13 | By  Tesfaye W. Tsadik |
| 14 | Tesfaye W. Tsadik<br>Attorneys for Plaintiffs |
| 15 | |
| 16   **IT IS SO ORDERED.** | |
| 17   Dated: January ___, 2008 | |
| 18 | _____ |
| 19   OC\932918.1 | HON. SUSAN ILLSTON<br>JUDGE, UNITED STATES DISTRICT COURT |
| 20 | |
| 21–28 | |