| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Ernest J. Getto (Bar No. 55662)<br>ernest.getto@lw.com |
| 3 | Richard W. Raushenbush (Bar No. 134983)<br>richard.raushenbush@lw.com |
| 4 | Brendan A. McShane (Bar No. 227501)<br>brendan.mcshane@lw.com |
| 5 | Holly J. Tate (Bar No. 237561)<br>holly.tate@lw.com |
| 6 | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562 |
| 7 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 8 | LATHAM & WATKINS LLP |
| 9 | Collie F. James (Bar No. 192318)<br>collie.james@lw.com |
| 10 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 11 | Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 |
| 12 | Attorneys for Defendants |
| 13 | PNEUMO ABEX CORPORATION (nka Pneumo<br>Abex LLC) and WHITMAN CORPORATION (nka<br>PepsiAmericas, Inc.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., | CASE NO. C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case No. C-01-0266 SI) |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS AND ORDER THEREON** |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants. | (Honorable Susan Illston) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL WITH PREJUDICE OF
CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)

TO THE HONORABLE COURT:

**COMES NOW THE PARTIES** who, pursuant to *Federal Rule of Civil Procedure* 41(a)(1), stipulate to the dismissal with prejudice of certain Plaintiffs in this action.

WHEREAS, plaintiffs Jerry Alvarez, Armandina Avila, David Avila, Marcos Avila, Adam Ball, Patricia Barnard, Diane Carr, Larry Carr, Chrystal Carter, Deanna Cleland, Donald Cleland, Amber Coles, Samantha Coles, Sindy Cooper (through her representative, Patsy Nanna), Frederick Cox, Jack Cox, Joseph Cox, Deanna Deaton, Jacky Deaton, Dennis Dryden, Gerald Duncan (through his representative, Gerald W. Duncan), Kenneth Hopkins, Vickey Hopkins, Jeanette Huss, Randolph Huss, Megan Keltner, Armando Madrigal, Ana Madrigal, Agustin Madrigal, Jr., Agustin Madrigal, III, Jorge Madrigal, Maria Madrigal, Billy McCann, Brenda McCann (all claims other than her claim for wrongful death regarding John Harrington), Sage McCollister, David Miller (through his representative, Cara Gubler), Timothy Twardowski, Brandon Cleland (Verdot), Brenda White (Bradley), Valorie White, William White, Kenneth Wickstrom, and Jesse Wilkinson have settled all of the claims asserted by them in these consolidated matters.

WHEREAS, the agreed upon settlement includes a dismissal with prejudice.

NOW, THEREFORE, pursuant to the settlement and release reached between each of Jerry Alvarez, Armandina Avila, David Avila, Marcos Avila, Adam Ball, Patricia Barnard, Diane Carr, Larry Carr, Chrystal Carter, Deanna Cleland, Donald Cleland, Amber Coles, Samantha Coles, Sindy Cooper (through her representative, Patsy Nanna), Frederick Cox, Jack Cox, Joseph Cox, Deanna Deaton, Jacky Deaton, Dennis Dryden, Gerald Duncan (through his representative, Gerald W. Duncan), Kenneth Hopkins, Vickey Hopkins, Jeanette Huss, Randolph Huss, Megan Keltner, Armando Madrigal, Ana Madrigal, Agustin Madrigal, Jr., Agustin Madrigal, III, Jorge Madrigal, Maria Madrigal, Billy McCann, Brenda McCann (all claims other than her claim for wrongful death regarding John Harrington), Sage McCollister, David Miller (through his representative, Cara Gubler), Timothy Twardowski, Brandon Cleland (Verdot), Brenda White (Bradley), Valorie White, William White, Kenneth Wickstrom, and Jesse Wilkinson and the Defendants, the parties stipulate and agree that:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  STIPULATION OF DISMISSAL WITH PREDJUDICE OF CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)

1  Pursuant to *Federal Rule of Civil Procedure* 41(a), all claims asserted by Jerry
2  Alvarez, Armandina Avila, David Avila, Marcos Avila, Adam Ball, Patricia Barnard, Diane
3  Carr, Larry Carr, Chrystal Carter, Deanna Cleland, Donald Cleland, Amber Coles, Samantha
4  Coles, Sindy Cooper (through her representative, Patsy Nanna), Frederick Cox, Jack Cox, Joseph
5  Cox, Deanna Deaton, Jacky Deaton, Dennis Dryden, Gerald Duncan (through his representative,
6  Gerald W. Duncan), Kenneth Hopkins, Vickey Hopkins, Jeanette Huss, Randolph Huss, Megan
7  Keltner, Armando Madrigal, Ana Madrigal, Agustin Madrigal, Jr., Agustin Madrigal, III, Jorge
8  Madrigal, Maria Madrigal, Billy McCann, Brenda McCann (all claims other than her claim for
9  wrongful death regarding John Harrington), Sage McCollister, David Miller (through his
10 representative, Cara Gubler), Timothy Twardowski, Brandon Cleland (Verdot), Brenda White
11 (Bradley), Valorie White, William White, Kenneth Wickstrom, and Jesse Wilkinson shall be
12 dismissed with prejudice from these consolidated actions.

13 **IT IS SO STIPULATED**

14 Dated: March 31, 2008                    LATHAM & WATKINS LLP

16                                          By /s/
17                                          Collie F. James
                                            Attorneys for Defendants
18                                          Pneumo Abex Corporation and Whitman
                                            Corporation

19
20 Dated: March 31, 2008                    WILLIAM M. SIMPICH, ESQ.

22                                          By /s/
                                            William M. Simpich
23                                          Attorneys for Plaintiffs

24 Dated: March 31, 2008                    TESFAYE W. TSADIK, ESQ.

26                                          By /s/
27                                          Tesfaye W. Tsadik
                                            Attorneys for Plaintiffs
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2  STIPULATION OF DISMISSAL WITH PREDJUDICE OF
CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)

**ORDER**

Having received and considered the above stated Stipulation and stated reasons therefore, and finding Good Cause therefore, the Court hereby adopts the Stipulation as an Order of the Court as follows:

Having resolved their claims by way of settlement, plaintiffs Jerry Alvarez, Armandina Avila, David Avila, Marcos Avila, Adam Ball, Patricia Barnard, Diane Carr, Larry Carr, Chrystal Carter, Deanna Cleland, Donald Cleland, Amber Coles, Samantha Coles, Sindy Cooper (through her representative, Patsy Nanna), Frederick Cox, Jack Cox, Joseph Cox, Deanna Deaton, Jacky Deaton, Dennis Dryden, Gerald Duncan, Kenneth Hopkins, Vickey Hopkins, Jeanette Huss, Randolph Huss, Megan Keltner, Armando Madrigal, Ana Madrigal, Agustin Madrigal, Jr., Agustin Madrigal, III, Jorge Madrigal, Maria Madrigal, Billy McCann, Brenda McCann (all claims other than her claim for wrongful death regarding John Harrington), Sage McCollister, David Miller, Timothy Twardowski, Brandon Cleland (Verdot), Brenda White (Bradley), Valorie White, William White, Kenneth Wickstrom, and Jesse Wilkinson and all of the claims asserted herein by each of them, are dismissed with prejudice from the consolidated action entitled *Avila, et al. v. Willits Environmental Remediation Trust, et al.*, Case No. C-99-3941 (Consolidated with Case No. C-01-0266).

**IT IS SO ORDERED**

Dated: ___3/31/08___

SUSAN ILLSTON
United States District Judge

SF\649431.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3  STIPULATION OF DISMISSAL WITH PREDJUDICE OF CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)