IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVILA, ET AL,<br><br>        Plaintiff,<br><br>  v.<br><br>WILLITS ENVIRONMENT, ET AL,<br><br>        Defendant.<br>_____/ | No. C 99-03941 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>September 5, 2008</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 15, 2008</u>.

DESIGNATION OF EXPERTS: <u>1/18/09</u>; REBUTTAL: <u>2/5/09</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>February 26, 2009</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 20, 2009</u>;

    Opp. Due <u>April 3, 2009</u>;  Reply Due <u>April 10, 2009</u>;

    and set for hearing no later than <u>April 24, 2009</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 16, 2009</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 29, 2009</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to consolidate these two cases for all purposes.  Counsel will file a stipulation and order of consolidation.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 

                                             SUSAN ILLSTON
                                             United States District Judge