| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Ernest J. Getto (Bar No. 55662)<br>ernest.getto@lw.com |
| 3 | Richard W. Raushenbush (Bar No. 134983)<br>richard.raushenbush@.lw.com |
| 4 | Brendan A. McShane (Bar No. 227501)<br>brendan.mcshane@lw.com |
| 5 | Holly J. Tate (Bar No. 237561)<br>holly.tate@lw.com |
| 6 | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562 |
| 7 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 8 | LATHAM & WATKINS LLP |
| 9 | Collie F. James (Bar No. 192318)<br>collie.james@lw.com |
| 10 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626 |
| 11 | Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 |
| 12 | Attorneys for Defendants |
| 13 | PNEUMO ABEX CORPORATION and<br>WHITMAN CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al.,<br><br>Defendants. | CASE NO. C-99-3941 SI<br><br>(Consolidated with Case No. C-01-0266 SI)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES**<br><br>**(Honorable Susan Illston)** |

## STIPULATION

WHEREAS, there are only eleven plaintiffs remaining in this action, *Avila v. Willits Environmental Remediation Trust, et al.*, Case No. C-99-3941 SI ("*Avila*");

WHEREAS, there are only four plaintiffs remaining in the closely-related case *Nickerman v. Remco Hydraulics, Inc., et al.*, Case No. C-06-2555 SI ("*Nickerman*");

WHEREAS, because of the small number of plaintiffs remaining and the significant similarities among the facts and legal issues in the *Avila* and *Nickerman* cases, the goals of efficiency and the conservation of judicial resources would be served if these two cases were consolidated.

THEREFORE, subject to Court approval, the parties STIPULATE that the *Nickerman* case be consolidated with the *Avila* case under the *Avila* caption.

Dated: May 27, 2008            LATHAM & WATKINS

By _____
Holly L. Tate
Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

Dated: May ___, 2008          WILLIAM SIMPICH, Esq.

By _____
William Simpich
Attorneys for Plaintiffs

Dated: May ___, 2008          TESFAYE W. TSADIK, ESQ.

By _____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
HON. SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT

SF\656821.1