IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, *et al.*, | No. C 99-3941 SI; No. C 06-2555 SI |
| Plaintiffs, | **ORDER RE: DISCOVERY** |
| v. | |
| WILLITS ENVIRONMENTAL TRUST, *et al.*, | |
| Defendants. | |

The Court's July 9, 2008 Order re: Discovery directed plaintiffs to amend their discovery responses in a number of ways but did not set a deadline for doing so. The Court hereby orders that plaintiffs shall complete their revisions and amendments no later than **July 28, 2008**.

**IT IS SO ORDERED.**

Dated: July 21, 2008

SUSAN ILLSTON
United States District Judge