LATHAM & WATKINS LLP
   Ernest J. Getto (Bar No. 55662)
   ernest.getto@lw.com
   Holly J. Tate (Bar No. 237561)
   holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
   Collie F. James (Bar No. 192318)
   collie.james@lw.com
   Charity Gilbreth (Bar No. 223504)
   charity.gilbreth@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al.,<br><br>               Defendants. | CASE NO. C-99-3941 SI<br><br>(Consolidated with Case No. C-01-0266 SI)<br><br>**STIPULATION REGARDING REPLY ON MOTION TO STRIKE MAY 22, 2008 AFFIDAVIT OF WILLIAM R. SAWYER AND [PROPOSED] ORDER**<br><br>(Honorable Susan Illston)<br><br>**Date: September 22, 2008**<br>**Time: 9:00 a.m.**<br>**Place: Courtroom 10, 19th Floor**<br>**Trial Date: June 29, 2009** |

## STIPULATION

The parties in this action, by and through their attorneys of record, hereby STIPULATE as follows:

**WHEREAS,** on August 18, 2008 Defendants Pneumo Abex LLC and Whitman Corporation ("Defendants") filed a Notice of Motion and Motion to Strike the May 22, 2008 Affidavit of William R. Sawyer (the "Motion"), which set the hearing for the Motion on September 22, 2008 at 9:00 a.m.;

**WHEREAS,** Local Rule 7-3(a) indicates that "Any opposition to a motion must be served and filed not less than 21 days before the hearing date."

**WHEREAS,** Monday, September 1, 2008 was the court observed Labor Day holiday.

**WHEREAS,** Plaintiffs filed their Opposition to the Motion on September 2, 2008.

**WHEREAS,** pursuant to Local Rule 7-3(c), Defendants' Reply is otherwise due on Monday, September 8, 2008, leaving them only six calendar days to prepare their Reply.

**THEREFORE,** subject to the approval of this Court, the parties agree to an extension of two additional days for Defendants to file a Reply to Plaintiffs' Opposition, such that the Reply will be due on Wednesday, September 10, 2008.

Dated: September 3, 2008

LATHAM & WATKINS LLP

By _____/s/_____
Collie F. James
Attorneys for Defendant

Dated: September 3, 2008

TESFAYE W. TSADIK, ESQ.

By_____/s/_____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

**IT IS SO ORDERED**

Dated:_____

SUSAN ILLSTON
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

OC\971039.1

ii

NOTICE OF MOTION AND MOTION TO STRIKE
MAY 22, 2008 AFFIDAVIT OF WILLIAM R. SAWYER
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)