17 minutes

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 2/13/09

Case No.   C-99-3941SI      Judge:  SUSAN ILLSTON

Title: DONNA AVILA -v- WILLITS ENVIRONMENTAL

Attorneys:  Simpich              James, Tate

Deputy Clerk:  Tracy Sutton  Court Reporter: J. Columbini

**PROCEEDINGS**

1) Further Case Management Conference - HELD

Order to be prepared by:  (  )Pltf   (  )Deft   ( )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                                    PART

Case continued ___ For Further Case Management Conference


ORDERED AFTER HEARING:
The Court admonished plaintiff for non-compliance with previous court orders.
The defendant will attempt to consolidate the anticipated summary judgment motions into one motion.
The parties agree that some type of ADR procedure should occur after the dispositive motions.