```
 1   LATHAM & WATKINS LLP
         Ernest J. Getto (Bar No. 55662)
 2       ernest.getto@lw.com
         Holly J. Tate (Bar No. 237561)
 3       holly.tate@lw.com
     505 Montgomery Street, Suite 2000
 4   San Francisco, California 94111-2562
     Telephone: (415) 391-0600
 5   Facsimile: (415) 395-8095

 6   LATHAM & WATKINS LLP
         Collie F. James (Bar No. 192318)
 7       collie.james@lw.com
         Charity M. Gilbreth (Bar No. 223504)
 8       charity.gilbreth@lw.com
     650 Town Center Drive, 20th Floor
 9   Costa Mesa, CA 92626
     Telephone: (714) 540-1235
10   Facsimile: (714) 755-8290

11   Attorneys for Defendants
     PNEUMO ABEX CORPORATION and
12   WHITMAN CORPORATION
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., | CASE NO. C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case No. C-01-0266 SI) |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTION HEARING DATE** |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants. | (Honorable Susan Illston) |

## STIPULATION

WHEREAS, a scheduling conflict has arisen for defense counsel preventing them from being able to attend the final hearing on dispositive motions currently scheduled for Friday, April 24, 2009;

WHEREAS, defense counsel has requested that the final hearing on dispositive motions be rescheduled for Friday, May 1, 2009;

WHEREAS, plaintiffs' counsel do not object to this schedule change.

THEREFORE, subject to Court approval, the parties STIPULATE that the final hearing on dispositive motions currently scheduled for Friday, April 24, 2009 be rescheduled for Friday, May 1, 2009. The briefing schedule associated with this hearing, as well as all other dates currently scheduled in this action, shall remain the same.

Dated: January 22, 2009

LATHAM & WATKINS

By _____
Holly E. Tate
Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

Dated: January 21, 2009

WILLIAM SIMPICH, Esq.

By _____
William Simpich
Attorneys for Plaintiffs

Dated: January 31, 2009

TESFAYE W. TSADIK, ESQ.

By _____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: _____, 2009

_____
HON. SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

SF\68707Z.1

STIPULATION AND [PROPOSED] ORDER
Case No. C-99-3941 SI (Consolidated with Case No. C-01-0266 SI)