LATHAM & WATKINS LLP
   Ernest J. Getto (Bar No. 55662)
   ernest.getto@lw.com
   Holly J. Tate (Bar No. 237561)
   holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
   Collie F. James (Bar No. 192318)
   collie.james@lw.com
   Charity M. Gilbreth (Bar No. 223504)
   charity.gilbreth@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants
PNEUMO ABEX CORPORATION (nka Pneumo Abex LLC) and WHITMAN CORPORATION (nka PepsiAmericas, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al.,<br><br>Defendants. | CASE NO. C-99-3941 SI<br><br>(Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS AND BRIEFING SCHEDULE FOR DEFENDANTS PNEUMO ABEX CORPORATION'S AND WHITMAN CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND MOTION TO STRIKE MARCH 15, 2008 DECLARATION OF DR. ALAN S. LEVIN**<br><br>**(Honorable Susan Illston)** |

## STIPULATION

1. WHEREAS, on March 20, 2009, Defendants Pneumo Abex Corporation and Whitman Corporation (collectively, "Defendants") intend to file a Motion for Summary Judgment on all of the plaintiffs' remaining claims and a Motion to Strike the March 15, 2008 Declaration of Dr. Alan S. Levin;

WHEREAS, plaintiffs intend to oppose these motions and Defendants intend to file replies thereto;

WHEREAS, pursuant to Local Rules 7-2 and 7-3 the page limits for motions, oppositions and replies are, respectively, 25 pages, 25 pages and 15 pages;

WHEREAS, because Defendants plan to file a single motion for summary judgment that addresses all of the plaintiffs' remaining claims, rather than multiple motions that each address only one of the plaintiff's claims, Defendants have not been able to adequately present all of the relevant issues in the Motion for Summary Judgment within 25 pages;

WHEREAS, because of the breadth and scope of the opinions contained in Dr. Levin's March 15, 2008 declaration, despite diligent efforts to be concise, Defendants have also not been able to adequately present all of the relevant issues in the Motion to Strike within 25 pages;

WHEREAS, the parties agree that they will need additional pages to fully brief the issues relevant to these motions;

WHEREAS, the parties respectfully request that the Court permit Defendants' Motion for Summary Judgment on all of the plaintiffs' remaining claims and plaintiffs' opposition thereto to be 60 pages long and Defendants' reply to plaintiffs' opposition to be 30 pages long;

WHEREAS, the parties respectfully request that the Court permit Defendants' Motion to Strike Dr. Levin's March 15, 2008 declaration and plaintiffs' opposition thereto to be 35 pages long and Defendants' reply to plaintiffs' opposition to be 20 pages long;

WHEREAS, based on the number and complexity of the motions, plaintiffs requested additional time to file their oppositions and Defendants agreed to such request;

1   WHEREAS, the parties respectfully request that the Court permit plaintiffs to file
2   their oppositions on April 10, 2009 and permit Defendants to file their replies on April 20, 2009;
3   the hearing on the motions will be held, as scheduled, on May 1, 2009.
4       THEREFORE, subject to Court approval, the parties STIPULATE that:
5       (1) The page limit for Defendants' Motion for Summary Judgment on all of the
6   plaintiffs' remaining claims and the memorandum of points and authorities in support thereof
7   and plaintiffs' opposition thereto shall be 60 pages, and the page limit for Defendants' reply to
8   plaintiffs' opposition shall be 30 pages;
9       (2) The page limit for Defendants' Motion to Strike Dr. Levin's March 15, 2008
10  declaration and the memorandum of points and authorities in support thereof and plaintiffs'
11  opposition thereto shall be 35 pages, and the page limit for Defendants' reply to plaintiffs'
12  opposition shall be 20 pages; and
13      (3) Plaintiffs' oppositions will be due on April 10, 2009, Defendants' replies will
14  be due on April 20, 2009, and the hearing will be held, as scheduled, on May 1, 2009.

Dated: March 18, 2009

LATHAM & WATKINS

By _____
Holly J. Tate
Attorneys for Defendants
PNEUMO ABEX CORPORATION and
WHITMAN CORPORATION

Dated: March 19, 2009

WILLIAM SIMPICH, Esq.

By /s/
William Simpich
Attorneys for Plaintiffs

Dated: March 19, 2009

TESFAYE W. TSADIK, ESQ.

By _____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: _____, 2009

_____
HON. SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT