LATHAM & WATKINS LLP
    Ernest J. Getto (Bar No. 55662)
    ernest.getto@lw.com
    Holly J. Tate (Bar No. 237561)
    holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
    Collie F. James (Bar No. 192318)
    collie.james@lw.com
    Charity M. Gilbreth (Bar No. 223504)
    charity.gilbreth@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants
PNEUMO ABEX CORPORATION (nka Pneumo Abex LLC) and WHITMAN CORPORATION (nka PepsiAmericas, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., | CASE NO. C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI) |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS AND ORDER THEREON** |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants. | (Honorable Susan Illston) |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL WITH PREJUDICE OF
CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI)

1  TO THE HONORABLE COURT:

2  **COMES NOW THE PARTIES** who, pursuant to *Federal Rule of Civil*

3  *Procedure* 41(a)(1), stipulate to the dismissal with prejudice of certain Plaintiffs in this action.

4  **WHEREAS,** Plaintiffs Irene Hall and Roy Elliott have settled all of the claims

5  asserted by them in these consolidated matters.

6  **WHEREAS,** the agreed upon settlement includes a dismissal with prejudice.

7  **NOW, THEREFORE,** pursuant to the settlement and release reached between

8  each of Irene Hall and Roy Elliott and the Defendants, the parties stipulate and agree that:

9  Pursuant to *Federal Rule of Civil Procedure* 41(a), all claims asserted by Irene

10 Hall and Roy Elliott shall be dismissed with prejudice from these consolidated actions.

11 **IT IS SO STIPULATED**

12 Dated: March 31, 2009         LATHAM & WATKINS LLP

14                               By_____
                                 Collie F. James
15                               Attorneys for Defendants
                                 Pneumo Abex Corporation and Whitman
16                               Corporation

18 Dated: March 31, 2009         WILLIAM M. SIMPICH, ESQ.

20                               By_____
                                 William M. Simpich
                                 Attorneys for Plaintiffs

22 Dated: March 31, 2009         TESFAYE W. TSADIK, ESQ.

24                               By_____
                                 Tesfaye W. Tsadik
25                               Attorneys for Plaintiffs

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   STIPULATION OF DISMISSAL WITH PREJUDICE OF
    CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI)

**ORDER**

Having received and considered the above stated Stipulation and stated reasons therefore, and finding Good Cause therefore, the Court hereby adopts the Stipulation as an Order of the Court as follows:

Having resolved their claims by way of settlement, Plaintiffs Irene Hall and Roy Elliott and all of the claims asserted herein by each of them are dismissed with prejudice from the consolidated action entitled *Avila, et al. v. Willits Environmental Remediation Trust, et al.*, Case No. C-99-3941 (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI).

**IT IS SO ORDERED**

Dated: April 9, 2009

SUSAN ILLSTON
United States District Judge

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2   STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI)