WILLIAM M. SIMPICH, ESQ (SB#106672)
1736 Franklin Street, Tenth Floor
Oakland, CA 94612
Telephone (510) 444-0226
Facsimile (510) 444-1704

TESFAYE W. TSADIK, ESQ. (SB#108103)
1736 Franklin Street, Tenth Floor
Oakland, CA 94612
Telephone (510) 839-3922
Facsimile (510) 444-1704

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., ) | Case No. C-99-3941 SI |
| Plaintiffs, ) vs. ) | **[PROPOSED] ORDER GRANTING AUTHORITY TO INSTALL AUDIO-VIDEO EQUIPMENT** |
| WILLITS ENVIRONMENTAL, ) REMEDIATION TRUST, et al ) | |
| Defendants, ) | |

_____A hearing will take place in the above-captioned case on May 1, 2009 at 9:00 a.m. in Courtroom 10 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94104. Plaintiffs wish to install audio-video equipment to assist in the presentation of their arguments. As authorized by the Court, and good cause appearing therefore, it is hereby ordered that Plaintiffs shall be permitted to install forthwith in Courtroom 10 an audio-video array consisting of the following equipment:

    1. Projector

    2. Projection screen

| | |
|---|---|
| 1 | 3. Projector stand |
| 2 | 4. Assorted cabling |
| 3 | 5. Laptop computers |
| 4 | _____6. Overhead projector |
| 5 | |
| 6 | Dated: _____ |
| 7 | *Susan Illston* (signature) |
| 8 | The Honorable Susan Illston<br>Judge of the US District Court |

_____

-2-