LATHAM & WATKINS LLP
   Ernest J. Getto (Bar No. 55662)
   ernest.getto@lw.com
   Holly J. Tate (Bar No. 237561)
   holly.tate@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
   Collie F. James (Bar No. 192318)
   collie.james@lw.com
   Charity M. Gilbreth (Bar No. 223504)
   charity.gilbreth@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants
PNEUMO ABEX CORPORATION (nka Pneumo Abex LLC) and WHITMAN CORPORATION (nka PepsiAmericas, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., | CASE NO. C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI) |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS AND ORDER THEREON** |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants. | (Honorable Susan Illston) |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL WITH PREJUDICE OF
CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI)

**TO THE HONORABLE COURT:**

**COME NOW THE PARTIES** who, pursuant to *Federal Rule of Civil Procedure* 41(a)(1), stipulate to the dismissal with prejudice of certain Plaintiffs in this action.

**WHEREAS,** Plaintiffs Ester Wells and Michael Wells have settled all of the claims asserted by them in these consolidated matters.

**WHEREAS,** the agreed upon settlement includes a dismissal with prejudice.

**NOW, THEREFORE,** pursuant to the settlement and release reached between each of Ester Wells and Michael Wells and the Defendants, the parties stipulate and agree that:

Pursuant to *Federal Rule of Civil Procedure* 41(a), all claims asserted by Ester Wells and Michael Wells shall be dismissed with prejudice from these consolidated actions.

**IT IS SO STIPULATED**

Dated: May 13, 2009

LATHAM & WATKINS LLP

By _____
Collie F. James
Attorneys for Defendants
Pneumo Abex Corporation and Whitman Corporation

Dated: May 13, 2009

WILLIAM M. SIMPICH, ESQ.

By _____
William M. Simpich
Attorneys for Plaintiffs

Dated: May 13, 2009

TESFAYE W. TSADIK, ESQ.

By _____
Tesfaye W. Tsadik
Attorneys for Plaintiffs

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI)

## ORDER

Having received and considered the above stated Stipulation and stated reasons therefore, and finding Good Cause therefore, the Court hereby adopts the Stipulation as an Order of the Court as follows:

Having resolved their claims by way of settlement, Plaintiffs Ester Wells and Michael Wells and all of the claims asserted herein by each of them are dismissed with prejudice from the consolidated action entitled *Avila, et al. v. Willits Environmental Remediation Trust, et al.*, Case No. C-99-3941 (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI).

**IT IS SO ORDERED.**

Dated:_____

/s/ Susan Illston
_____
SUSAN ILLSTON
United States District Judge

SF\704808.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    STIPULATION OF DISMISSAL WITH PREJUDICE OF
CERTAIN PLAINTIFFS AND ORDER THEREON
Case No. C-99-3941 SI (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI)