FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 06 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONNA M. AVILA,<br><br>    Plaintiff,<br><br>  and<br><br>RONALD JASON AVILA; et al.,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>WILLITS ENVIRONMENTAL REMEDIATION TRUST; et al.,<br><br>    Defendants - Appellees. | No. 11-17099<br><br>D.C. No. 3:99-cv-03941-SI<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The pending motions to file confidential documents under seal are granted.

Appellees' motion to dismiss this appeal for lack of jurisdiction is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (stating that merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

KB/MOATT

The motion for an extension of time to file the opening brief is denied as unnecessary.

The opening brief and excerpts of record are due January 17, 2012; the answering brief is due February 16, 2012; and the optional reply brief is due within 14 days after service of the answering brief.