LATHAM & WATKINS LLP
  Collie James (Bar No. 192318)
  Charity Gilbreth (Bar No. 223504)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants PNEUMO ABEX CORPORATION (nka Pneumo Abex LLC) and WHITMAN CORPORATION (nka Pepsi-Cola Metropolitan Bottling Company, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., <br><br> Defendants. | CASE NO. C-99-3941 SI <br><br> (Consolidated with Case No. C-01-0266 SI and C-06-2555 SI) <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> (Honorable Susan Illston) |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
Case No. C-99-3941 SI (Consolidated with Case
Nos. C-01-0266 SI and C-06-2555 SI

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

NOTICE is hereby given that, subject to approve by the court, that Defendants' Pneumo Abex Corporation and Whitman Corporation hereby substitutes Collie F. James, State Bar No. 192318, as counsel of record in place of Latham & Watkins LLP, Collie F. James.

Contact information for new counsel is as follows:

> Collie F. James, Esq. (State Bar No. 192318)
> MORGAN, LEWIS & BOCKIUS LLP
> 5 Park Plaza, Suite 1750
> Irvine, California 92614
> Telephone: (949) 399-7000
> Facsimile: (949) 399-7001
> Email: cjames@morganlewis.com

I consent to this substitution.

Date: February 24, 2012

David H. Patrick, Legal Senior Director, Operations Pepsi Beverages Company
Pneumo Abex Corporation and Whitman Corporation

I consent to this substitution.

Date: Feb 24, 2012

LATHAM & WATKINS LLP

By: _____
Collie F. James
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755-8290
Former Counsel for Defendants-Appellees

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

1

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
Case No. C-99-3941 SI (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI)

I consent to this substitution.

Date: February 24, 2012

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Collie F. James
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750
Irvine, California 92614
Telephone:  (949) 399-7000
Facsimile:   (949) 399-7001
Email: cjames@morganlewis.com
Counsel for Defendants-Appellees

I consent to Defendants' Pneumo Abex Corporation and Whitman Corporation substitution of attorney is hereby approved and so ORDERED.

Date: __2/27/12_____   _____
Honorable Susan Illston

RESPECTFULLY SUBMITTED:
LATHAM & WATKINS LLP

By: _____
Collie F. James
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone:  +1.714.540.1235
Facsimile:   +1.714.755-8290
Former Counsel for Defendants-Appellees

OC\1242867.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
Case No. C-99-3941 SI (Consolidated with Case
Nos. C-01-0266 SI and C-06-2555 SI)