```
 1  LATHAM & WATKINS LLP
      Collie James (Bar No. 192318)
 2    Charity Gilbreth (Bar No. 223504)
    650 Town Center Drive, 20th Floor
 3  Costa Mesa, CA 92626
    Telephone: (714) 540-1235
 4  Facsimile: (714) 755-8290

 5  Attorneys for Defendants PNEUMO ABEX
    CORPORATION (nka Pneumo Abex LLC)
 6  and WHITMAN CORPORATION (nka
    Pepsi-Cola Metropolitan Bottling Company,
 7  Inc.)

 8                    UNITED STATES DISTRICT COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10  DONNA M. AVILA, et al.,            CASE NO. C-99-3941 SI
11                Plaintiffs,           (Consolidated with Case No. C-01-0266
                                        SI and C-06-2555 SI)
12        v.
                                        CONSENT ORDER GRANTING
13  WILLITS ENVIRONMENTAL               SUBSTITUTION OF ATTORNEY
    REMEDIATION TRUST, et al.,
14
15                Defendants.
                                        (Honorable Susan Illston)
16
17
...
28
```

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
Case No. C-99-3941 SI (Consolidated with Case
Nos. C-01-0266 SI and C-06-2555 SI

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

NOTICE is hereby given that, subject to approve by the court, that Defendants' Pneumo Abex Corporation and Whitman Corporation hereby substitutes Collie F. James, State Bar No. 192318, as counsel of record in place of Latham & Watkins LLP, Collie F. James.

Contact information for new counsel is as follows:

> Collie F. James, Esq. (State Bar No. 192318)
> MORGAN, LEWIS & BOCKIUS LLP
> 5 Park Plaza, Suite 1750
> Irvine, California 92614
> Telephone: (949) 399-7000
> Facsimile: (949) 399-7001
> Email: cjames@morganlewis.com

I consent to this substitution.

Date: February 24, 2012

_____
David H. Patrick, Legal Senior Director, Operations Pepsi Beverages Company
Pneumo Abex Corporation and Whitman Corporation

I consent to this substitution.

Date: Feb 24, 2012

LATHAM & WATKINS LLP

By: _____
Collie F. James
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755-8290
Former Counsel for Defendants-Appellees

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

1

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
Case No. C-99-3941 SI (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI)

1   I consent to this substitution.

Date: February 24, 2012                MORGAN, LEWIS &
                                       BOCKIUS LLP

                                       By: _____
                                       Collie F. James
                                       MORGAN, LEWIS &
                                       BOCKIUS LLP
                                       5 Park Plaza, Suite 1750
                                       Irvine, California 92614
                                       Telephone:  (949) 399-7000
                                       Facsimile:   (949) 399-7001
                                       Email: cjames@morganlewis.com
                                       Counsel for Defendants-Appellees

I consent to Defendants' Pneumo Abex Corporation and Whitman Corporation substitution of attorney is hereby approved and so ORDERED.

Date: _____2/27/12_____                _____
                                       Honorable Susan Illston

RESPECTFULLY SUBMITTED:
LATHAM & WATKINS LLP

By: _____
Collie F. James
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone:  +1.714.540.1235
Facsimile:   +1.714.755-8290
Former Counsel for Defendants-Appellees

OC\1242867.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
Case No. C-99-3941 SI (Consolidated with Case
Nos. C-01-0266 SI and C-06-2555 SI)