William M. Simpich, SB#106672
Law Offices of William M. Simpich
1736 Franklin Street, 10 Floor
Oakland, CA 94612
Telephone (510) 444-0226
Facsimile (510) 444-1704

Tesfaye W. Tsadik, SB#108103
Law Offices of Tesfaye W. Tsadik
1736 Franklin Street, 10 Floor
Oakland, CA 94612
Telephone (510) 839-3922
Facsimile (510) 444-1704

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, *et al.*, | Case No. C-99-3941 SI |
| Plaintiffs, | **STIPULATION** |
| v. | |
| WHITMAN CORPORATION, *et al.*, | |
| Defendants. | |

The parties stipulate:

Maria Brooks and Susan Rowland will be dismissed with prejudice from this action.

Each side will bear their own fees and costs.

Dated: March 27, 2012

                                                          /s/_____
                                      WILLIAM M. SIMPICH
                                      Attorney for Plaintiffs

STIPULATION

Dated: March 27, 2012

                              /s/
                         TESFAYE W. TSADIK
                         Attorney for Plaintiffs

Dated: ~~March~~ April 2, 2012

                         COLLIE JAMES
                         LATHAM & WATKINS, LLP
                         Attorney for Defendants.

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

/s/ Susan Illston
Judge Susan Illston

STIPULATION