William M. Simpich, SB#106672
Law Offices of William M. Simpich
1736 Franklin Street, 10 Floor
Oakland, CA 94612
Telephone (510) 444-0226
Facsimile (510) 444-1704

Tesfaye W. Tsadik, SB#108103
Law Offices of Tesfaye W. Tsadik
1736 Franklin Street, 10 Floor
Oakland, CA 94612
Telephone (510) 839-3922
Facsimile (510) 444-1704

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WHITMAN CORPORATION, *et al.*, <br><br> Defendants. | Case No. C-99-3941 SI <br><br> **STIPULATION** |

The parties stipulate:

Maria Brooks and Susan Rowland will be dismissed with prejudice from this action. Each side will bear their own fees and costs.

Dated: March 27, 2012

_____/s/_____
WILLIAM M. SIMPICH
Attorney for Plaintiffs

STIPULATION

1

Dated: March 27, 2012

/s/
TESFAYE W. TSADIK
Attorney for Plaintiffs

Dated: ~~March~~ April 2, 2012

COLLIE JAMES
LATHAM & WATKINS, LLP
Attorney for Defendants.

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION