William M. Simpich, Esq., SB#106672
Law Offices of William M. Simpich
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 444-0226
Facsimile (510) 444-1704

Tesfaye W. Tsadik, Esq., SB#108103
Law Offices of Tesfaye W. Tsadik
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 839-3922
Facsimile (510) 444-1704

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al. | Case No.: C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI) |
| v. | |
| WILLITS ENVIRONMENTAL REMEDIAITON TRUST, et al. | ORDER |
| Defendants | |

**WHEREAS**, plaintiff Diane Boettcher, died on 12/8/10; plaintiff Lloyd Malugani, Sr- died on 4/28/10; plaintiff Marion Malugani, died on 7/10/10; and plaintiff Sandra Wickstrom,, died on 12/27/10

**WHEREAS**, the heirs of these deceased plaintiffs have a wrongful and survival claim against defendant Whitman Corporation (aka Pepsi-Cola Metropolitan Bottling Company Inc. ) and Pneumo Abex, ,

**WHEREAS**, in the interest of judicial economy and convenience to the parties, the parties are desirous that the claim of these new plaintiffs be added and resolved to the pending action,

**WHEREAS**, the parties agree that this stipulation to add new plaintiffs, does not in any way limit the right of defendants to assert any affirmative or other defenses defendants may have

-1-

to the claims,

**NOW THEREFORE,** the parties hereby stipulate the following plaintiffs wrongful death and survival action be added to the pending action;

1. Melissa Abott for the death of Diane Boethcer
2. Barbara Mulgani for the death of Marion Malugani
3. Barbara Mulugani for the death of Lloyd Malugnai
4. Kenneth Wickstrom for the death of Sandra Wickstrom

**IT IS FURTHER** agreed by the parties that the wrongful death and survival action are deemed filed as of the date of of the signing of this stipulation filed for the purpose of the statute of limitation.

Dated:: 04/26/2012        */s/ William M. Simpich*
                          William M. Simpich, Esq.
                          Attorney for Plaintiffs

Dated: 04/26/2012         /s/Tesfaye W. Tsadik
                          Tesfaye W. Tsadik, Esq.
                          Attorney for Plaintiffs

Dated: 04/26/2012         Collie James, Esq.
                          Attorney for Defendants

**IT IS SO ORDERED**

Dated: 4/30/12            Honorable Susan Illston
                          JUDGE OF THE UNITED STATES DISTRICT COURT

-2-