IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, *et al.*, | No. C 99-3941 SI |
| Plaintiffs, | (Consolidated with Case Nos. C 01-266 SI and C 06-2555 SI) |
| v. | **ORDER GRANTING IN PART DEFENDANTS' EX PARTE APPLICATION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL** |
| WILLITS ENVIRONMENTAL TRUST, *et al.*, | |
| Defendants. | |

Upon consideration of defendants' ex parte Application to File Confidential Documents Under Seal, IT IS HEREBY ORDERED that only those portions of defendants' Notice of Motion and Motion for Summary Judgment and the Declaration of Collie F. James IV in support thereof, which refer to or contain information that is confidential pursuant to the terms of valid settlement agreements are permitted to be filed under seal pursuant to Northern District Civil Local Rule 79-5. Defendants shall file partially redacted copies of the motion and declaration.

This order resolves Docket No. 1383.

**IT IS SO ORDERED.**

Dated:   July 18, 2012

SUSAN ILLSTON
United States District Judge