1  William M. Simpich, Esq., SB#106672
   Law Offices of William M. Simpich
2  1736 Franklin Street, 10th Floor
   Oakland, CA 94612
3  Telephone (510) 444-0226
   Facsimile (510) 444-1704
4
   Tesfaye W. Tsadik, Esq., SB#108103
5  Law Offices of Tesfaye W. Tsadik
   1736 Franklin Street, 10th Floor
6  Oakland, CA 94612
   Telephone (510) 839-3922
7  Facsimile (510) 444-1704

8  Attorneys for Plaintiffs

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11
   DONNA M. AVILA, et al.           )     Case No.: C-99-3941 SI
12                                   )
              Plaintiffs,            )     [~~AMENDED~~] STIPULATION AND
13                                   )     [PROPOSED] ORDER
       v.                            )
14                                   )
   WILLITS ENVIRONMENTAL             )
15 REMEDIATION TRUST, et al.         )
                                     )
16                                   )
              Defendants,            )
17                                   )
                                     )

18

19
       **WHEREAS,** the parties wish to make the following corrections to the Stipulation filed
20
   4/27/12 [Docket#1380] and Order filed 5/02/12, [Docket#1382] adding Melissa Abbott, Barbara
21
   Mulugani & Kenneth Wickerstrom to pending action:
22

23

| Pg 1, Para 1, line 17 | Marion Malugani, died on 7/10/10 | Marion Malugani, died on 7/13/10 |
|---|---|---|
| Page 2, Para 5, line 4 | 1. Melissa Abott for the death of Diane Boethcer | 1. Melissa Abbott for the death of Diane Boettcher |

28                                  -1-

| Page 2, Para 5, line 5 | 2. Barbara Mulgani for the death of Marion Malugani | 2. Marion Sue Gilchrist for the death of Marion Malugani |
| --- | --- | --- |
| Page 2, Para 5, line 6 | 3. Barbara Mulugani for the death of Lloyd Malugnai | 3. Betty Malugani for the death of Lloyd Malugani, Sr. |

The [Amended] Stipulation and Order is to read as follows:

**WHEREAS**, plaintiff Diane Boettcher, died on 12/8/10; plaintiff Lloyd Malugani, Sr died on 4/28/10; plaintiff Marion Malugani, died on 7/13/10; and plaintiff Sandra Wickstrom died on 12/27/10.

**WHEREAS**, the heirs of these deceased plaintiffs have a wrongful and survival claim against defendant Whitman Corporation (aka Pepsi-Cola Metropolitan Bottling Company Inc. ) and Pneumo Abex,

**WHEREAS**, in the interest of judicial economy and convenience to the parties, the parties are desirous that the claim of these new plaintiffs be added and resolved to the pending action,

**WHEREAS**, the parties agree that this stipulation to add new plaintiffs, does not in any way limit the right of defendants to assert any affirmative or other defenses defendants may have to the claims,

**NOW THEREFORE**, the parties hereby stipulate the following plaintiffs wrongful death and survival action be added to the pending action;

1. Melissa Abbott for the death of Diane Boettcher

2. Marion Sue Gilchrist for the death of Marion Malugani

3. Betty Malugani for the death of Lloyd Malugani, Sr.

4. Kenneth Wickstrom for the death of Sandra Wickstrom

**IT IS FURTHER** agreed by the parties that the wrongful death and survival actions are deemed filed as of the date of the signing of this stipulation filed for the purpose of the statute of limitation.

1.     1. Melissa Abbott for the death of Diane Boettcher

2.     2. Marion Sue Gilchrist for the death of Marion Malugani

3.     3. Betty Malugani for the death of Lloyd Malugani, Sr.

4.     4. Kenneth Wickstrom for the death of Sandra Wickstrom

5.     **IT IS FURTHER** agreed by the parties that the wrongful death and survival actions are deemed filed as of the date of the signing of this stipulation filed for the purpose of the statute of limitation.

Dated: July 23, 2012

/s/
WILLIAM M. SIMPICH
Attorney for Plaintiffs

Dated: July 25, 2012

/s/
TESFAYE W TSADIK
Attorney for Plaintiffs

Dated: July 16, 2012

COLLIE JAMES
Attorney for Plaintiffs

**IT IS SO ORDERED**
Dated: 7/25/12

HONORABLE SUSAN ILLSTON
Judge of the US District Court

—3—