MORGAN, LEWIS & BOCKIUS LLP
COLLIE F. JAMES, IV, (SBN 192318)
cjames@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel.: 949/399-7000
Fax: 949/399-7001

CHRISTINA L. SEIN, (SBN 229094)
csein@morganlewis.com
MONIQUE E. CHO, (SBN 251949)
mcho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213/612-2500
Fax: 213/612-2501

Attorneys for Defendants
PNEUMO ABEX CORPORATION (nka Pneumo Abex LLC) and WHITMAN CORPORATION
(nka Pepsi-Cola Metropolitan Bottling Company, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., | Case No. C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI) |
| vs. | **STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants. | (Honorable Susan Illston) |
| | Dept.: Courtroom 10 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23582366.1

CASE NO. C-99-3941 SI
STIP. & [PROP.] ORDER MODIFYING CASE SCHEDULE

Plaintiffs, by and through their undersigned counsel, and Defendants Pneumo Abex Corporation and Whitman Corporation (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties appeared before the Court for a Further Case Management Conference in the above-captioned matter on or about August 26, 2011;

WHEREAS, during the Further Case Management Conference, the Court set a case schedule in order to accommodate a mediation between the parties and, accordingly, ordered that dispositive motions be filed following completion of the mediation;

WHEREAS, the parties subsequently stipulated to, and the Court accordingly ordered, a modified case schedule to accommodate the dates on which the parties were able to schedule the mediation;

WHEREAS, pursuant to the Court's Order (Docket No. 1390), dispositive motions must be filed by October 5, 2012, oppositions to the dispositive motions must be filed by October 26, 2012, and replies in support of the dispositive motions must be filed by November 9, 2012, with the hearing on the dispositive motions set for November 30, 2012, at 9:00 a.m.;

WHEREAS, Defendants filed a Motion for Summary Judgment (Docket No. 1386) on or about July 20, 2012, seeking dismissal of certain Plaintiffs who did not produce causation opinions, as required, or who either previously settled their claims and/or did not join the appeal which revived the instant claims;

WHEREAS, Defendants' Motion is set to be heard on October 5, 2012, the same date by which dispositive motions must be filed pursuant to the Court's Order;

WHEREAS, the Court's ruling on Defendants' Motion will necessarily determine which Plaintiffs' claims will be challenged in Defendants' dispositive motions;

WHEREAS, the parties participated in a mediation on August 6 – 10, 2012, and September 10-14, 2012, during which Defendants and certain Plaintiffs and/or their representatives reached settlement agreements;

WHEREAS, following the mediation and pending the dismissal of Plaintiffs whose claims were challenged in Defendants' Motion, only three Plaintiffs remain in this action;

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23582366.1

1

CASE NO. C-99-3941 SI
STIP. & [PROP.] ORDER MODIFYING
CASE SCHEDULE

WHEREAS, the parties are actively working to resolve the claims of the three remaining Plaintiffs, and are hopeful they can do so without incurring unnecessary additional expense or requiring further use of the Court's resources;

WHEREAS, it would promote efficient use of the Court's and the parties' resources to permit dispositive motions to be filed after the Court issues a ruling on Defendants' Motion, and after the parties have had sufficient opportunity to pursue informal resolution of the remaining Plaintiffs' claims;

WHEREAS, lead trial counsel for Defendants will be on leave through the end of October due to the birth of his son;

IT IS HEREBY STIPULATED by and between the parties that the case schedule be modified as follows, subject to the Court's approval:

1. Dispositive motions must be filed by November 16, 2012;
2. Oppositions to the dispositive motions must be filed by December 21, 2012;
3. Replies in support of the dispositive motions must be filed by January 18, 2012;
4. The hearing on the dispositive motions shall be set for February 1, 2012, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: October 4, 2012

LAW OFFICES OF WILLIAM M. SIMPICH

By *William M. Simpich* (MEC)
William M. Simpich
Attorney for Plaintiffs

LAW OFFICES OF TESFAYE W. TSADIK

By *Tesfaye W. Tsadik* (MEC)
Tesfaye W. Tsadik
Attorney for Plaintiffs

Morgan, Lewis & Bockius LLP
Attorneys at Law
Irvine

DB2/ 23582366.1

2

CASE NO. C-99-3941 SI
STIP. & [PROP.] ORDER MODIFYING CASE SCHEDULE

| | |
|---|---|
| Dated: October 5, 2012 | MORGAN, LEWIS & BOCKIUS LLP<br>Collie F. James, IV<br>Christina L. Sein<br>Monique E. Cho |
| | By  /s/ Collie F. James, IV<br>Collie F. James, IV<br>Attorneys for Defendants<br>PNEUMO ABEX CORPORATION (nka Pneumo Abex LLC) and WHITMAN CORPORATION (nka Pepsi-Cola Metropolitan Bottling Company, Inc.) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/5/12

*/s/ Susan Illston*

The Honorable Susan Illston
United States District Judge

---

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23582366.1

3

CASE NO. C-99-3941 SI
STIP. & [PROP.] ORDER MODIFYING
CASE SCHEDULE