**United States District Court**
For the Northern District of California

1

2

3

4

5           IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   DONNA AVILA, *et al.*,                          No. C 99-3941 SI

9              Plaintiffs,              **ORDER DISMISSING DEFENDANTS'**
                                        **MOTION FOR SUMMARY JUDGMENT**
10     v.

11  WILLITS ENVIRONMENTAL
    REMEDIATION TRUST, *et al.*,
12
               Defendants.
13  _____/

14
        On June 14, 2013, the Court held a case management conference during which the parties
15
    informed the Court that all remaining plaintiffs have settled with defendants, and that the parties are in
16
    the process of finalizing settlement documents and dismissals.  Accordingly, the Court DISMISSES
17
    defendants' pending motion for summary judgment.  Docket No. 1403.
18

19
        **IT IS SO ORDERED.**
20

21
    Dated: June 17, 2013
22                                          SUSAN ILLSTON
                                            United States District Judge
23

24

25

26

27

28