IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA AVILA, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>WILLITS ENVIRONMENTAL REMEDIATION TRUST, *et al.*,<br><br>        Defendants.<br>_____ / | No. C 99-3941 SI<br><br>**ORDER DISMISSING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

On June 14, 2013, the Court held a case management conference during which the parties informed the Court that all remaining plaintiffs have settled with defendants, and that the parties are in the process of finalizing settlement documents and dismissals. Accordingly, the Court DISMISSES defendants' pending motion for summary judgment. Docket No. 1403.

**IT IS SO ORDERED.**

Dated: June 17, 2013

SUSAN ILLSTON
United States District Judge