UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DONNA M. AVILA,

        Plaintiff,

and

RONALD JASON AVILA; et al.,

        Plaintiffs - Appellants,

  v.

WILLITS ENVIRONMENTAL REMEDIATION TRUST; et al.,

        Defendants - Appellees.

No. 11-17099

D.C. No. 3:99-cv-03941-SI
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered May 28, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Rebecca Lopez
        Deputy Clerk