MORGAN, LEWIS & BOCKIUS LLP
COLLIE F. JAMES, IV, (SBN 192318)
cjames@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel.: 949/399-7000
Fax: 949/399-7001

CHRISTINA L. SEIN, (SBN 229094)
csein@morganlewis.com
MONIQUE E. CHO, (SBN 251949)
mcho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213/612-2500
Fax: 213/612-2501

Attorneys for Defendants
PNEUMO ABEX CORPORATION (nka Pneumo Abex LLC) and WHITMAN CORPORATION
(nka Pepsi-Cola Metropolitan Bottling Company, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., | Case No. C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI) |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants. | (Honorable Susan Illston) |
| | Dept.: Courtroom 10 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24322691.1

CASE NO. C-99-3941 SI
STIP. & [PROP.] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

Plaintiffs, by and through their undersigned counsel, and Defendants Pneumo Abex Corporation and Whitman Corporation (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, a Case Management Conference is currently scheduled for Friday, August 30, 2013;

WHEREAS, all remaining live claims in this action have been settled and memorialized through written settlement agreements;

WHEREAS, certain of the settlements require resolution of Medicare or other liens prior to distribution of the agreed-upon settlement monies;

WHEREAS, since the last Case Management Conference, the Parties have worked diligently to resolve these issues and, as of the date of this Stipulation, forty-six Plaintiffs' settlements have been paid and only ten are still in the process of lien resolution; and

WHEREAS, the Parties are confident that these final ten settlements can be finalized and completed within sixty days.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:  Subject to the approval of the Court, the Case Management Conference in this matter is continued to Friday, November 15, 2013 at 3:00 p.m.

Dated: August 28, 2013

LAW OFFICES OF WILLIAM M. SIMPICH

By   s/William M. Simpich
William M. Simpich
Attorney for Plaintiffs

LAW OFFICES OF TESFAYE W. TSADIK

By   s/Tesfaye W. Tsadik
Tesfaye W. Tsadik
Attorney for Plaintiffs

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24322691.1

1

CASE NO. C-99-3941 SI
STIP. & [PROP.] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

Dated: August 28, 2013

MORGAN, LEWIS & BOCKIUS LLP
Collie F. James, IV
Christina L. Sein
Monique E. Cho

By  /s/ Collie F. James, IV
Collie F. James, IV
Attorneys for Defendants
PNEUMO ABEX CORPORATION (nka Pneumo Abex LLC) and WHITMAN CORPORATION (nka Pepsi-Cola Metropolitan Bottling Company, Inc.)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/29/13

_/s/ Susan Illston_
The Honorable Susan Illston
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24322691.1

2

CASE NO. C-99-3941 SI
STIP. & [PROP.] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE