| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
|   | COLLIE F. JAMES, IV, (SBN 192318) |
| 2 | cjames@morganlewis.com |
|   | 5 Park Plaza, Suite 1750 |
| 3 | Irvine, CA  92614 |
|   | Tel.:  949/399-7000 |
| 4 | Fax: 949/399-7001 |
| 5 | CHRISTINA L. SEIN, (SBN 229094) |
|   | csein@morganlewis.com |
| 6 | MONIQUE E. CHO, (SBN 251949) |
|   | mcho@morganlewis.com |
| 7 | 300 South Grand Avenue |
|   | Twenty-Second Floor |
| 8 | Los Angeles, CA  90071-3132 |
|   | Tel:  213/612-2500 |
| 9 | Fax: 213/612-2501 |
| 10 | Attorneys for Defendants |
|    | PNEUMO ABEX CORPORATION (nka Pneumo |
| 11 | Abex LLC) and WHITMAN CORPORATION |
|    | (nka Pepsi-Cola Metropolitan Bottling Company, Inc.) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al., | Case No. C-99-3941 SI |
| Plaintiffs, | (Consolidated with Case Nos. C-01-0266 SI and C-06-2555 SI) |
| vs. | **STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| WILLITS ENVIRONMENTAL REMEDIATION TRUST, et al., | |
| Defendants. | (Honorable Susan Illston) |
| | Dept.:  Courtroom 10 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24322691.1

CASE NO. C-99-3941 SI
STIP. & [PROP.] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

1  Plaintiffs, by and through their undersigned counsel, and Defendants Pneumo Abex
2  Corporation and Whitman Corporation (collectively, "Defendants"), by and through their
3  undersigned counsel, hereby stipulate as follows:
4  WHEREAS, a Case Management Conference is currently scheduled for Friday,
5  August 30, 2013;
6  WHEREAS, all remaining live claims in this action have been settled and memorialized
7  through written settlement agreements;
8  WHEREAS, certain of the settlements require resolution of Medicare or other liens prior
9  to distribution of the agreed-upon settlement monies;
10 WHEREAS, since the last Case Management Conference, the Parties have worked
11 diligently to resolve these issues and, as of the date of this Stipulation, forty-six Plaintiffs'
12 settlements have been paid and only ten are still in the process of lien resolution; and
13 WHEREAS, the Parties are confident that these final ten settlements can be finalized and
14 completed within sixty days.
15 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
16 respective parties hereto, that: Subject to the approval of the Court, the Case Management
17 Conference in this matter is continued to Friday, November 15, 2013 at 3:00 p.m.

Dated: August 28, 2013                    LAW OFFICES OF WILLIAM M. SIMPICH

                                          By    s/William M. Simpich
                                                William M. Simpich
                                                Attorney for Plaintiffs


                                          LAW OFFICES OF TESFAYE W. TSADIK


                                          By    s/Tesfaye W. Tsadik
                                                Tesfaye W. Tsadik
                                                Attorney for Plaintiffs

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24322691.1

                                          1                 CASE NO. C-99-3941 SI
                                                   STIP. & [PROP.] ORDER TO CONTINUE
                                                      CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| Dated: August 28, 2013 | MORGAN, LEWIS & BOCKIUS LLP<br>Collie F. James, IV<br>Christina L. Sein<br>Monique E. Cho<br><br>By  /s/ Collie F. James, IV<br>Collie F. James, IV<br>Attorneys for Defendants<br>PNEUMO ABEX CORPORATION (nka Pneumo Abex LLC) and WHITMAN CORPORATION (nka Pepsi-Cola Metropolitan Bottling Company, Inc.) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/29/13

_____
The Honorable Susan Illston
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24322691.1

2

CASE NO. C-99-3941 SI
STIP. & [PROP.] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE