UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA M. AVILA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REMCO HYDRAULICS, INC., et al.,<br><br>    Defendants. | Case No. 99-cv-03941-SI<br><br>**ORDER DIRECTING CHASE BANK TO RELEASE SETTLEMENT FUNDS IN CERTIFICATE OF DEPOSIT TO TYLER ANDERSON**<br><br>Re: Dkt. No. 1481 |

    The Court has received a request for a court order from Tyler Anderson and his mother Shana Nunes. The filing states that when he was a minor, Mr. Anderson received a settlement in this case in the form of a certificate of deposit with Chase Bank in Willits, California. Mr. Anderson is now 22 years old and has been told by Chase Bank that the funds, which are in his mother's bank account, can only be released to him pursuant to a court order.

    The Court hereby directs Chase Bank to release any settlement funds it is holding for Tyler Anderson in a certificate of deposit in Shana Nunes' bank account, to Tyler Anderson.

    **IT IS SO ORDERED**.

Dated: July 11, 2023

                                               SUSAN ILLSTON
                                               United States District Judge